**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THOMAS PATTON, Plaintiff, v. THE UNITED STATES, Defendant. | No.-01-161C (Judge Miller) |

**JOINT CERTIFICATION OF MEETING OF COUNSEL**

The parties, by and through counsel, and in accordance with paragraph 13(d) of Appendix A to the Rules of the Court of Federal Claims ("Appendix A"), hereby file this Joint Certification and state as follows:

1. On August 24, 2006, Richard D. Heideman, counsel for the Plaintiff, and Lauren Moore, counsel for the Defendant, conducted by telephone the meeting of counsel required by paragraph 13 of Appendix A.
2. The parties exchanged by facsimile their lists of all exhibits expected to be used at trial for case-in-chief or rebuttal purposes, as well as copies of all exhibits that had not been previously exchanged, in accordance with paragraph 13(a).
3. The parties also exchanged by facsimile their lists of witnesses who may be called at trial for case-in-chief or rebuttal purposes, including each witness's contact information and the expected subject matter of their testimony, pursuant to paragraph 13(b).
4. As required by paragraph 13(c), at the meeting of counsel the parties discussed the following:

a. Plaintiff's counsel disclosed his intention to file a motion for leave to file a transcript of the deposition of John Donohue should Mr. Donohue become unavailable to testify in court.

b. Counsel for the parties reconvened their meeting on Monday, August 28, 2006, after reviewing their respective witness and exhibit lists, to "[r]esolve, if possible, any objections to the admission of testimony (including deposition testimony) or exhibits." Paragraph 13(c)(2) of Appendix A. The parties also agreed that all exhibits would be deemed authenticated and admissible for trial purposes with the exception of the damages calculation chart listed as exhibit number 13 on Plaintiff's Anticipated Exhibit List to which the Defendant objects on the grounds that it is a summary under Fed. R. Evid. 1006.

c. Counsel for the parties agreed that all contentions to applicable facts and law had been previously disclosed and fully briefed in the parties' previous filings with the Court, subject to updating as a result of the additional discovery taken since said filings.

d. The parties agreed to draft a joint document as to stipulations of fact which the parties believe are undisputed for the purposes of trial.

e. Counsel for the parties considered, and decided against, submitting the case to the Court for resolution on the basis of a documentary record alone, in favor of proceeding to trial as scheduled for October 16, 2006. Counsels' determination was based on the Court's statements during the status conference held on August 3, 2006.

f. Plaintiff's counsel suggested a settlement which would include, among other things, continued work by the Plaintiff for the FBI. Defendant's counsel rejected this request and declined to propose the suggestion to the FBI. Defense counsel also rejected Plaintiff's counsel's request for Plaintiff's counsel to contact the FBI in order to discuss the possibility of the FBI engaging the Plaintiff to do future work with the appropriate FBI officials during the pendency of this case.

g. Plaintiff's counsel also suggested with regard to settlement that the parties submit the case to Court-supervised mediation prior to the scheduled trial date, however Defendant's counsel also rejected this suggestion.

Respectfully submitted,

Dated: September 5, 2006

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

*/s/ Richard D. Heideman*

RICHARD D. HEIDEMAN
HEIDEMAN NUDELMAN
& KALIK, PC
1146 19th Street, N.W.
Fifth Floor
Washington, D.C. 20036
Tele: (202) 463-1818
Facsimile: (202) 463-2999

*Attorney for Plaintiff*

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Facsimile: (202) 514-8640

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of September 2006, a copy of the foregoing was served electronically through the United States Court of Federal Claims' ECF Filing System to:

Peter D. Keisler
David M. Cohen
Kathryn A. Bleecker
Lauren S. Moore
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 616-0333
Facsimile: (202) 514-8640

*Attorneys for Defendant*

________*/s/ Richard D. Heideman*_______