# In the United States Court of Federal Claims

| | |
|---|---|
| THOMAS PATTON, Plaintiff, v. THE UNITED STATES, Defendant. | No. 01-161C<br>Filed September 21, 2006 |

## ORDER

On April 7, 2006, the Court issued an Order scheduling a pre-trial conference with the parties on Friday, October 6, 2006, at 10 a.m. Counsel for plaintiff subsequently requested orally that the pre-trial conference be rescheduled for Thursday, October 5, 2006, at 2:00 p.m. Counsel for plaintiff represents that counsel for defendant has agreed to the new date and time.

In view of the foregoing, the Court ORDERS that the status conference previously scheduled for October 6, 2006, shall be held instead on **Thursday, October 5, 2006, at 2:00 p.m.** at the National Courts Building, 717 Madison Pl., NW, Washington, D.C.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge