IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-161C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S EXHIBIT LIST

Pursuant to Appendix A of the Rules of this Court, and the Court's order dated April 7, 2006, defendant submits the following list of exhibits for trial.

1. Defendant's Notice to Take the Deposition of Mr. Thomas Patton

This document identifies the time and date for Mr. Patton's deposition, and requests him to bring specific documents to his deposition.

2. Document entitled "Plea Agreement Between the United States and Defendant Thomas Patton", dated March 23, 1990

This document consists of the plea agreement between the United States and Mr. Patton, regarding Case No. 89-360-CR-DAVIS (D. Fla.).

3. The Parties' 1994 Agreement

This document consists of the parties' 1994 Agreement, which Mr. Patton alleges was not properly terminated.

4. Documents evidencing payments to Mr. Patton pursuant to the 1994 Agreement

These documents provide evidence of payments made by the Federal Bureau of Investigation ("FBI") to Mr. Patton pursuant to the parties' 1994 Agreement.

5. Document entitled "Receipt" signed by Mr. Patton on November 14, 1996

This document consists of a signed receipt, in which Mr. Patton acknowledged receipt of $30,000.00 for services rendered to the FBI.

6. Mr. Patton's Notes of Conversations with FBI agents, dated from February 27, 1996 to November 20, 1997

These documents consist of handwritten notes authored by Mr. Patton detailing his conversations with FBI agents from February 27, 1996 to November 20, 1997.

7. FBI Teletype to FBI Headquarters from the Los Angeles Division, dated July 18, 1996

This document is a memorandum to FBI Headquarters from the Los Angeles Division summarizing Mr. Patton's relationship with the FBI's Los Angeles Division and explaining that the 1994 Agreement was no longer in force.

8. FBI Electronic Communication to the Dallas Division, and others, from FBI Headquarters, dated November 12, 1996

This document is a memorandum to the FBI's Dallas Division detailing authorization for the $30,000 payment to Mr. Patton.

9. FBI Memorandum to FBI Headquarters, and others, from the Dallas Division, dated November 20, 1996

This document is a memorandum from the Dallas Division summarizing events relating to the $30,000 payment to Mr. Patton.

10. Report of Interview, dated August 5, 1997 (FD-302)

This document memorializes an interview between Supervisory Special Agents Stephen Morris and Clyde Merryman, with Mr. Patton on August 1, 1997.

11. Letter to Clyde Merryman, FBI Supervisory Special Agent from Mr. Patton, dated October 20, 1997

This document consists of a letter to Clyde Merryman, FBI Supervisory Special Agent, FBI Headquarters, from Mr. Patton expressing Mr. Patton's disappointment in how the issues

concerning his lost personal possessions and the alleged promise of a $150,000 payment from the FBI's Miami Division were handled by the FBI.

12. Letter to Mr. Patton from Neil Divers, FBI Unit Chief, FBI Headquarters, dated November 7, 1997

This document is a letter to Mr. Patton from the FBI which addresses Mr. Patton's continuing concerns with the loss of his personal property and his allegation that the FBI's Miami Division owed him $150,000.00.

13. FBI Memorandum dated January 27, 1998, drafted by Stephen Morris

This document is a memorandum drafted by FBI Agent Stephen Morris providing a summary of the steps taken by the FBI to address claims made by Mr. Patton.

14. Letter to FBI from The Heideman Law Group, dated October 29, 1998, including attached October 7, 1998 letter to the FBI from The Heideman Law Group

These documents consist of notification by counsel for Mr. Patton to the FBI of claims being made.

15. Letter to Jack Cordes, Jr. from Mr. Patton dated April 19, 1999, including attachment

This document consists of Mr. Patton's claim to the FBI contracting officer, Jack Cordes, Jr. The attachment to this document is a document signed by Mr. Patton's counsel, Richard Heideman, entitled "Biographical Historical Information."

16. Letter to Jack Cordes, Jr. from Richard Heideman, dated July 14, 1999, including attachment

This document consists of a letter to Mr. Cordes from Mr. Heideman responding to Mr. Cordes's request for additional information regarding Mr. Patton's claim. The attachment to this document is a document containing additional information concerning Mr. Patton's claim, as well as a claim certification signed by Mr. Patton.

17. Letter to Peter McCann from Noel Nudelman, dated January 11, 2000

This document consists of a letter from Mr. Patton's attorney, Noel Nudelman, to Peter McCann, regarding Mr. Nudelman's attempt to obtain a declaration from Mr. McCann.

18. Letter to Noel Nudelman from Peter McCann, dated February 2, 2000

This document consists of a letter from Peter McCann to Noel Nudelman, responding to Mr. Nudelman's assertions upon behalf of Mr. Patton.

19. Declaration of Thomas J. Patton, dated October 19, 2001

This document consists of Mr. Patton's signed statement of events relating to the issues involved in this case.

20. Designated Portions of the Transcript of Mr. Patton's Deposition, dated June 8, 2006

This document consists of designated portions of Mr. Patton's deposition transcript dated June 8, 2006.

21. Transcript of Mr. Patton's Deposition, dated June 8, 2006

This document consists of Mr. Patton's deposition transcript dated June 8, 2006, and will be used as necessary for impeachment purposes.

Defendant may also introduce any exhibits listed by plaintiff in his list of exhibits for trial.

Respectfully submitted,

PETER D.KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

OF COUNSEL:

TED G. SCHWARTZ
Assistant General Counsel
Federal Bureau of
Investigation

AUGUST 24, 2006

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 21st day of SEPTEMBER, 2006, a copy of the foregoing "DEFENDANT'S EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore