# In the United States Court of Federal Claims

| | | |
|---|---|---|
| THOMAS PATTON, | ) | No. 01-161C |
| Plaintiff, | ) | |
| v. | ) | Filed September 26, 2006 |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## ORDER

Having reviewed the parties' September 21 and 22, 2006 filings, the Court ORDERS that the parties shall participate in a telephonic status conference on **Thursday, September 28, 2006 at 3:30 pm** in order to discuss the anticipated duration of the trial, potential objections to documentary exhibits, and other matters relating to the conduct of the trial. The Court will initiate the call.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge