IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01-161C |
| | ) | (Judge George Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING TRANSCRIPTION OF PAGES CONTAINED IN DEFENDANT'S EXHIBIT SIX

Pursuant to the Court's order dated October 5, 2006, defendant respectfully files a transcription of pages contained in Defendant's Exhibit Six, consisting of Mr. Patton's notes of telephone conversations with agents of the Federal Bureau of Investigation. Specifically, the transcriptions attached to this filing as Exhibit A, consist of those pages cited in defendant's amended proposed findings of fact, filed with the Court on October 5, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Lauren S. Moore

OF COUNSEL:

TED G. SCHWARTZ
Assistant General Counsel
Federal Bureau of
Investigation

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0333
Fax: (202) 514-8640

Attorneys for Defendant

OCTOBER 10, 2006

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 10th day of October, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING TRANSCRIPTION OF PAGES CONTAINED IN DEFENDANT'S EXHIBIT SIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore