PATTON 00063

| | |
|---|---|
| 5/7/96 | Talk to Pete about things in storage and Mike [.] Pete said that he as not taked to Mike yet and he will try to get him today if not he will talk to Pat Marshall. He will call me later this week. |
| 5/7/96 | Beeped Scotty |
| 5/7/96 | Try Bob he was not in |
| 5/7/96 | Scotty called and said he didn't trust Ori and he was go to give him a lie test. He said that he was working with Vic on somethings. He said that they are giving Ori $6500 a mo. but he has not give him the money because Ori has not meet with them. He said that he got the letter and thank me for it. He said he will call and S.A. in N.O. to see if they need someone there. And let me know. |
| 5/9/06 | Try Bob he was not in |
| 5/10/06 | Meet with Larry + Mike (had no work for me) |
| 5/10/96 | Called Pete not in told them to call me. |
| 5/10/96 | Called Chuck say he will call me back |

EXHIBIT "A"

PATTON 00064

| | |
|---|---|
| Chris Vitolo | Owner of Federal Self Stor |
| Off -462-0603 | 2010 NE 7th Ave |
| Home 763-4749 | Dania, FL |
| | 954-525-3040 |

5/13/96 Called Pete and he said he talk to Mike and Mike was going to see what he can do about the money.

5/13/96 Called Mike and he said he will talk to Pat about the money and he said that J.D. died. He said he don't think the contract is in force. He says he will call me on Tue or Wed.

5/13/96 Talk to Fred in Boston and he said he will call me on Thur.

5/13/96 Talk to Scotty and he said that Ori was not doing what he was to do. He said he will call N.O. and let me know.

5/14/15 No calls from any one (Pete, Mike, Scotty, Chuck, Fred,

5/16/96 No calls

5/17/18/19 No calls

5/20/96 Called Pete was not in told them for him to call me.

5/20/96 Called John not in -

5/20/96 Pete called and asked if I heard from Mike I said no. He said that he is not going to call Mike anymore and that he will call Bill Esposito in Wash and hav him call me. He said that. He will call me after he

PATTON 00065

| | |
|---|---|
| [5/20/96 Con't] | talks to Bill. He said that Mike doesn't know what he is doing. He said that the things in Fl. Were never in Rick Kelly's name. I said I didn't want to give anyone troulb [.] He said you can't just let them run over you. You have to stan up for whats right. He told me that someone in L.A. is bad mouthing me. He didn't know who it was. He said he new someone in Houston and he will call him and see if there is something there. |
| 5/21/96 | No calls |
| 5/22/96 | No calls |
| 5/23/96 | No calls |
| 5/24/96 | Call Pete [.] He will call me back (he as not tal[ked] to Espozo yet. He said that he as try to call him in [illegible]. |
| 5/24/96 | Call Bob + Bob called me back |
| 5/24/96 | Pete called and said he talk to Mr. Espozo and that Espozo was going to look into the Fl. + Cal. things and he will get back to Pete Tue or Wed[.] Pete said that Chuck was talking to Kert in Wash about getting me somewhere. He said that the $2500 [illegible] wa to give me as nothing to do with Cal. and he was looking into that. |

PATTON 00076

Let and he will call me tomorrow. I told him that John call and told him what John said. I told Pete that John was going to call him tomorrow and he said that he will not get in tomorrow. But if he calls Pete will call "Whity" in Wash. And tell him what is go on. That will but more pressure on L.A. He said they when and see M.D. and they said that thy didn't know anything. They said it was marryed now.

7/17/96 Fred called and said that he was trying to get the check cut and as soon as he gets it he will send it to Larry and call me and tell me it is on it's way. We talk a little bit about the 'D's and I told him that they are not dump people. I said if the Agent in Mi whats to take to me I will tell him what I know.

7/18/96 Pete called and as what was the no's on the contract. I give them to him. He said that he will call "Whity," and ask for $28,125 + lump sum. He will call me back on what they say. Today or tomorrow I told him what was said with Fred. Pete called and said that he talk to "Whity" and he thinks that "Whity" agree with him on the amount and that it would be a little more. He said I am on the front [ ] for reassignment. He said that he will call me tomorrow.

PATTON 00081

| | |
|---|---|
| 8/1/96 | I called Pete and he said that he talk to Chuck the day I talk to Chuck and he say that he told me that the sum of 28,000 to 30,000 was for Cal + Fl. I said that not what I unstood. He said he had a call on a bomping and he will call me tomorrow. He said "Wity" was waiting for Cal to call him. |
| 8/2/96 | Pete did not call + chuck did not call |
| 8/3/4/96 | No calls |
| 8/5/96 | No calls |
| 8/6/96 | Called Pete and left massage for him to call me |
| 8/6/96 | Called Chuck and left massage for him to call me |
| 8/6/96 | Called Mark and we talk about Cal + Fl. He said it's time for me to get a atty. You have to look out for yourself. He said he will call me later. |
| 8/6/96 | 3:00 pm Called Pete and left massage for him to call me |
| 8/6/96 | Pete called and said that he was going to call "Whity" and see ... |

PATTON 00088

8/28/96 Chuck called and said that some S.A. were to come and talk to Joe in Dallas. Pete told him that he said that I will be very happy with the money that I should get. He said then you could start a buss. and go on with you life. I told him that I have not been called by any SA. in Dallas. I told him that Pete said it would be Tue or [illegible]. He said you will. I said that I do not know how to thank Pete and you for all you have done for me. He said don't worry about. I asked him I need [illegible] atty for this and he said no. I told him about A.M.W. and he said I should sue them. He said that Pete will see Pat Marshall next week and he did not know what Pete will do [.] Chuck said for me not to worry about anything it will all come out OK for me. He said he did not think it was FL holding up thing. He thinks it is Cal.

8/29/96 Pete left massage on phone

8/29/96 4:25 I called Pete at office and left massage for him to call me.

8/29/96 John called and said he can't believe I have not got my money yet. I told him Pete is working on it. He said Mike got hurt [illegible] but he will be OK. He said that [illegible] was going to [illegible] Ass. Dir. He did not know if it wsa "Espo".

PATTON 00098

9/24/96
2:30 pm Clyde Merryman ~~Weatherman~~ called me & said he was doing Pete a favor to call me because Pete is busy with something else. Clyde said that he has the California thing down & he is presenting it & getting things signed today, latest tomorrow. He hopes we have our money by the end of this week on the California thing. He would not give me a figure because he does not think it is ethical to do that over the phone. He said if Pete wants to tell me, he will. He also said that there is no one, including California, who has said anything bad about me or that anybody said that I was dishonest or not a hard worker. He said people have told him that I can "pull rabbits out of a hat" doing our job & he was told by Mr. Esposito to do the right thing by me. He said that Mr. Esposito said that he (Merryman ~~Weatherman~~) should be fair & to not make me unhappy because I am the type of friend they need in the Bureau. He said this California thing would have been taken care of a month or so ago if Florida did not come up. He said he has not done any investigation in the Florida thing & he does not know if he would be the one handling that. I said "you might be because I will talk to Esposito after this part is taken care of." He said that

PATTON 00099

[9/24/96 Con't]

I really have a friend in Pete McCann & Bill Esposito. He said that he will get a hold of Pete today or tomorrow morning & let him know what is going on. He said I want you to under-stand that the figure we have come to at th[illegible] time is strictly California & has nothing to do with Florida & he said I should be happ[y] with what the figure will be on this sit-uation. He said he was going to go around & get everything signed today or he would talk to me longer [.] I told him if he had any questions about the Florida situation I would be willing to talk to him or anyone else & my wife would be willing to talk to them too regarding this mat-ter, they are welcome to tape it as we have nothing to lie about. He said I thank you very much for that information but we are not on to that yet. I read him some of the things I have done for the Bureau all over this country although my life was in jeopardy doing it. I said I have no animosity towards the Bureau but I only want to be treated fairly. He said he appreciated that & he hopes that when they need me I will be willing to help them. I said I would. He said he has heard nothing but good things about me & he

PATTON 00100

[9/24/96 con't] has worked with many CW's & he believe that they should be treated fairly & we should stand by our word. "This settlement is strictly California & not Florida." He said that he was told by someone in California that I was told told that the contract was null & void as of the day I left. I said that is not true & he said I know that. I have the contract in front of me & it is supposed to be terminated in writing. He said that I should be happy with this settlement. He said it was nice talking to me & Pete would be getting in touch with me.

I told him about the storage being signed over to Richard Kelly & if he has any questions re: that he could ask Chuck Goodwin about the time that Rick Leahy told us that he paid the ware-house $1000 or $1100 & put his own lock on it & whenever I got settlede he would get the stuff to me. I told him that I was promised & my wife was told that when this was over, we would get $150,000 for the work I had done[.]

PATTON 00101

9/24/96 John called me and we talk about the things going on in MD. He said the gov. was in NY at a party and then [illegible] down some contractors for N.Y. I ask him some names and he said that they were the C.O.'s. He said he could use me up there but he does not [illegible] anything to do with all the bull shit it takes. He told me about the Bingo World thing + the new owner was indicted. We talk about that and other things.

9/24/96 I beep Scotty and he called me back 2 times [.] I told him I told a guy in Wash about the good things he + I did in Cal. He said their baby is do soon. He said that they need a new boss in the office because nothing is being done. He said that Andy as been off for a few week. He said that Mike is the same and he does not see him that much. He said nothing as been done with wit[h] Ori [illegible] and they call Lenny and told him that they found his gun in a drug raid and he was going to come in but never did. He said he will call me late[r.]

9/25/96 Chuck called and ask me if anyone call me and I said Clyde call and said he was calling for Pete because Pete was busy. I told him what Clyde said and ask him if he knew a much I was going to get and he said no. He said that I have to start looking for some thing to get into. I said that's what I want to do.

PATTON 000102

| | |
|---|---|
| [9/25/96 con't] | I said it is no easy for someone like me with my background to get a job. He said you can tell a boss that he can call him for a res. I said that is not that easy. He said he know some guy's in Jack, Fl that he could call. I said I'm look at FL + N.O. He said that he know a few guy in N.O. We talked about [illegible] and some things. He said he will see "Espo" next week and try to talk to him. |
| 9/25/96 | I called Pete and he said he will call me right back. |
| 9/25/96 | Pete called back & asked if Clyde called me. I said, "yes he did call me & he said Pete asked him to call me." Pete said yeah I told him to call you today & let you know what was going on. I told Pete what Clyde said & that Clyde said it would be unethical for him to give me figures (money) however Pete could if he chose to. Pete said that he did not know the figures but he would find out. Pete & I went over our notes of a conversation we had on 7/18/96 at which time we came to the figure, up until that date, of $28125.00 plus a lump sum. "Pete's notes were the same as mine & he agreed that that is what he told Whitey & what Whitey agreed to on that date. Pete said that he was going to be in Pittsburg tomorrow but that he would |

PATTON 000103

| | |
|---|---|
| [9/25/96 con't] | try to leave early & contact Whitey & then he would call me when he found out something. Pete said that he talked to Chuck & Chuck said he was going to meet with Esposito next week in Detroit. He said, "don't tell him I told you & I told him that Chuck had already told me I said to him "when you retire you & I should wri[te] a book on how the Bureau should treat CW's & cooperatives. He said you just sent a bomb off in my head. You would be the perfect one to go down to Quantico & teach young agents & agents working the street." He said he knew someone that could get that done & he will talk to them as soon as possible. Pete said we are not going to wait as long as we had for this California money. He said they have to get this Florida thing taken care of right away. He said he would call me when he hears something. He tried to call Whitey while I was on the phone but there was no answer. |
| 9/26/96 | No calls |
| 9/27/96 | No calls |
| 9/28/96 | No calls |
| 9/29/96 | No calls |

PATTON 000104

| | |
|---|---|
| 9/30/96 2:43 pm | Called Pete and left a massage for him to cal me when he comes in the office. |
| 9/30/96 [illegible] | Pete returned my call & said that Chuck picked up Esposito at the Detroit airport & took him t[o] the Detroit office. Pete said that Chuck, Esposito, Pete & Whitey all agree that Cal-ifornia owes me the money. He said he will have Chuck call me tomorrow & tell me what Esposito said. He said he is going to call Whitey in the morning & see why the money is not here yet. He said that he is going to tell Whitey that if the money is not here soon he is going to advise me to go to an attorney & file suit against the Bureau for everything that is owed to me & he & Chuck would be witnesses for me. He said he is going to tell Whitey that the next call is going t[o] be from me to Esposito. He said all Esposito has to do is pick up the phone & call California & tell them he wants the check on his desk in 24 hours he said Esposito is not that kin[d] of guy & he does not know why because Esposito said months ago that it would be taken care of right away. I said that Whitey told me when I spoke to him that the money would be here by the week-end. He said I know that & don't understand why it was not done. He said he will |

PATTON 000105

[illegible]

Con't call me afer he talks to Whitey in the morning because he (Pete) will only be in the office in the morning.

PATTON 000107

[10/1/96 con't] that I would be killed if I were working wit[h] the police I still worked the case. He said I realize the good job you have done for us & that you should be treated fairly, he will call Whitey right now & see what is going on & will get back to me.

10/1/96 No calls from Pete or Chuck. "Espo" did not call back.

10/2/96 Called Pete left massage for him to call me today

10/2/96 Pete returned my call & asked if I had heard from anybody. I said I called Bill Esposito on Monday & told him what the conversation was about. I told him I did not hear from Chuck & he said he only talked to him for a few minutes today because he got tires for Chuck's wife's car & Chuck wanted to know if he should send him a check. He said he tried to get a hold of Whitey many times today but did not reach him. I told him that Esposito said he would get a hold of Whitey right away & try to have this settled by Friday. Pete said he hopes they don't think that the amount is the same that we agreed to in July. He said it is now October & the amount is higher & it has to include the lump sum that was promised to me.

PATTON 000110

10/3/96 Pete called & said I would be getting a call from Whitey & another agent about the Califronia & Miami things [.] He said the sum from California sould be $32000 plus lump sum. He said they will ask me about Miami, the 150,000 that I was promised from Rick & the storage. He said I should get the call between 5:00 & 6:00 pm today or tomorrow morning. He said keep to the specifics because he does not know who this other agent is. He said that he & Chuck & Esposito & Whitey & another agent in Washington are on our side & he feels this California check should be able to be cut immediately . He said re: the lump sum I should tell them I would leave it up to them to give what would be fair. He said try to come to an agreement on the Miami things. He said after you talk to them call me & if I'm not here, leave a message. R.A. called to ask question - Whitey did not call today.

10/4/96
12:50 pm Called Pete & left message that I have not heard from anyone yet & to please call me.

10/4/96
4:05 pm Called Pete + left massage that I have not heard from anyone today + to please call me.

PATTON 000114

10/8/96 "Espo" did not return my call

10/9/96
11:45 am Pete called and said he as been calling Prillamen and he is in meeting [.] He left a massage for him to call Pete. Pete said he call "Espo" and he was in a meeting and he left a massage for him to call Pete.

10/9/96 Pete called & said that he talked to Prillamen & an agent in the undercover unit. They said that Whitey was out of town because his mother was sick & they said he might be back tomorrow but they weren't sure. They said to Pete that when Whitey got back they would all lock themselves in a room & ge[t] this thing done from California (re: contract & lump sum). He said they were going to have a legal advisor look at everything & make [] decision on what they are going to do. He told them that they were supposed to get in touch with me last Thursday or Friday & I have not heard from them yet. They said they were sorry they did not call me & advise me that Whitey was out of town & for him to apologize to me for that inconsideration. Pete told them that if we don't get this done soon the only other thing is that he (me) would have to get an attorney

PATTON 000121

| | |
|---|---|
| 10/21/96<br>(Con't) | did & it was supposed to be settled by July 31s[t] & nothing has been done yet. He said "I just don't believe all this." He said he will call me after he talks to Pete. |
| 10/21/96<br>3:35 pm | Called Pete. He said he put calls into every one in D.C. but Esposito. No one in. Told him of conversation with John. He said John has not called him. He asked which office John was in. Told him Annapolis. He said calling McNally would be a bad idea. Pete will try again tomorrow to get an answer. He said he will call John tomorrow. |
| 10/21/96<br>4:42 pm. | Called "Espo" and left massage for him to call me. I told the sec in was important. The sec said he was in a meeting. |
| 10/22/96 | Did not get call back from "Espo" or Pete. |
| 10/23/96<br>9:35 | I called Pete. He said he got a large package from Whitey yesterday & in the package was all the stuff that they are giving to the legal department, even my contract. He said he talked to them (Whitey) after he got the package & they all agree that I am owed but it is up to the legal department to make the final decision. Their recommenda |

PATTON 000122

10/23/96
(Con't) tions to the legal department was to settle with me. Someone is supposed to call him at 10:30 this a.m. & let him know what is going on & he said that we will probably get a call & they will interview me & Ruth Ann. He told them that he is tired of telling me things & nothing happens so he wants one of them to call me & explain everything. He thinks that this thing should be finished in a few days, one way or another. He said he does not know if the legal depart-ment will think that a verbal is good enough to end a contract but he doesn't see how they can make that decision be-cause it is right here in writing. He said Esposito pulled his papers not to leave the FBI. "He is staying on" is what Pete heard from the people he was talking to in D.C. He said he was going to call Esposito because this is a good ~~time~~ excuse to call him. Then he will bring up our problem. Pete doesn't think Esposito is being told everything about our thing. He has not heard from John & he has not called him because he feels if he (John) called me & I gave him Pete's nos. John should call him if he wants to help. I asked him if he

PATTON 000123

10/23/96
(Con't) talked to anyone about the Quantico thing "that I would go dwon there & teach." He said he talked it over with Whitey & Prillamen & other unnamed people & they all agreed that it would be a great idea. I said do you think this will be done in a few days & he said he doesn't believe anything this outfit does until it is done. He said he will call me in about an hour after he talks to them because if they don't call him, he will call them.

10/23/96
1:30 Pete called. He said he talked to Whitey & an attorney in a 3-way conversation & the attorney was going to get a hold of the con-tract officer & have a meeting with him today. Pete said the only one that can approve the money being paid is a contracting officer & there are only 3 of them. He said they talked for approximately 45 min. & he feels tha[t] the attorney is listening to him & Whitey. He is going to call back Whitey & tell him that I have to put in my notice t[o] move from here by Friday. He said that the attorney has to have this done by Friday because he will be gone for

PATTON 000124

10/23/96
(Con't)

10 days & Whitey is trying to push him to get it done by then. I said I think it important that Pete get ahold of Esposito & maybe Esposito can push & get this done by Friday. He said he will try to get Esposito. I reminded him that Mike Wacks told him (Pete) that he was putting in for the lump sum & he said M.W. told him to hurry & get papers in on Donald Webb because that would make it a lot easier to get the lump sum done. He said we will probably be contacted by Whitey and another person about this. He said for me to tell them I feel I am owed $4000 for 8 mos & a lump some which I was told I would receive amount unknown. He said to make sure I tell them that. He said he will either call me today or tomorrow. This agreement will be California only. We will have to address the Florida thing whe[n] this is done. Whitey & attorney do not want to address Florida at this time. Pete said that Whitey told the attorney that Esposito wants this taken care of & for me to be treate[d] fairly.

PATTON 000128

10/26/27 No calls.

10/28/96 Pete called and said that Whitey + and some other guy will call me at 2:00 pm. And have the interview about Cal. He said - do not bring up Fl ony if they asker. He said tell them what you think you are owed and why. "Do not get bad" He said he will call me later.

10/28/96
approx 1:00
2 1/4 hr Whitey called with another agent on the line. I don't remember his name. They talked about the California contract, they didn't believe the contract is in force because I am actuall not doing anything for the federal government. But they asked me ~~about~~ what my expenses were here & I said approximately $2000 & they said well how about $2000 a month for 8 months which comes to $16000 & I said no, I am not going for that. As far as I am concerned the contract is still in force until I receive some thing in writing because that is what the contract says. I said a contract is a contract & as far as I am concerned I am owed $32,000 on the contract which is less that what the contract reads. They kept pushing the $2000 per month & I said OK if you want to go with the $2000 what is the lump sum going to be. They said they don't know that. It is strictly