PATTON 000129

10/25/96
(con't)

up to the people they work for. I told them I got $25000 from Maryland. They said OK how about if we settle for $25000. I said I would not settle for that. They asked what I would settle for & I said $40,000. That is $32000 for the contract & $8000 lump sum. They said they didn't know if they could do that but they would bring it upstairs & see what they say. They asked me about the Florida thing & I told them about the $150000 I was promised plus the loss of the storage. I explained all about the money promised in Florida & the promise that was made about the Bureau taking care of the storage. The other agents on the line asked me how much I would take for all 3 things. I said I would have to think about that & talk it over with my family. I said let's get the California thing done first then we can work on the Florida thing. Whitey said this looks like an internal investigation think in Florida. I told them who knew about this. They asked the attorney's named & I told them & they asked who was with Rick Leahy when I was told this & I told them it was Special Agent Malynda Irdy. I said I just found out about the storage things a few months ago. I asked them

PATTON 000130

10/28/96
(Con't)

when I would have an answer on this California thing & they said they they or Pete McCann will call me by noon tomorrow. The conversation at times got very heated because they constantly were saying that I did not do anything for the last months for the government & as far as they were concerned if you don't work you don't get paid. I told them that I know who them because they mentioned there is a disagreement between California & me. I know they told you that I had a verbal cancellation of the contract however I said that is an outright lie & I would be willing for me & the agent (Mike Wacks) taking a lie detector test & if I fail they wouldn't have to pay & if he failed he get fired. They said wait a minute we don't have to go that far we take you word & we know all the good you have done for the Bureau, you should keep in good standing with the Bureau. They mentioned if I considered going into the Witness Protection Program. They would give you a new ID & get you a job. I said I never had that thought & never would have that thought. They kept saying you want to stay in good graces because we might

PATTON 000131

| | |
|---|---|
| 10/28/96<br>(Con't) | have some work for you. Whitey said that sometimes people misunderstands what they are told. |
| 10/28/96<br>10:45 pm | Pete called and I told him I talked to "Whity" for 2 hr + 15 min. He said you much have covere a lot of things. I said yes. He said he will call me about 12:00 tommorow I said they are going to call me or him at 12:00 noon. |
| 10/28/96<br>12:15 pm | Called Pete and left massag with SA for Pete to call me. |
| 10/29/96<br>3:35 pm | Called Pete and left massage for him to call m |
| 10/29/96 | I did not get a call from Whity or Pete. |
| 10/30/96<br>9:35 am | I called Pete and he said he will call me back. |
| 10/30/96<br>1:30 pm | I called Pete and told a S.A. for Pete to call me |
| 10/30/96<br>Approx. 2:50 | Pete called & said he talked to White[y] on Tuesday and Whitey said that he & the othe[r] agent on the line said that they agreed with me on my points but they can only make |

PATTON 000132

| | |
|---|---|
| 10/30/96 (Con't) | recommendations to Prillamen on what should be done. Pete said Whitey said the other Special Agent said that he felt I was honest & to the point. Pete said he has been trying to get hold of Whitey but Whitey has not gotten back to him. He will keep trying. He said he does not know how much they are going to offer. He said he will have to wait & see what Whitey says. |
| 10/30/96 Approx 4:45 | Pete called & said he had been trying to call Whitey but the secretary said he was in building. Pete left his home phone number for Whitey to call him. He said he paged Whitey on his 800 pager & left his home phone number on that but he has not heard from him. If he hears from Whitey he will call me tonight, if not he will call me tomorrow |
| 10/31/95 [sic] | No calls |
| 11/1 Approx 12:50 | Pete called & said he talked to Whitey & their offer is $30000 & he thinks I should take it because that is their final & only offer & if I don't accept it I can get in line with all the others & sue for it. This is for LA only. He said he would call Whitey & tell him of our conversation & find out when I will have check in hand. Pete |

PATTON 000133

| | |
|---|---|
| 11/1/95 [sic] (Con't) | thought the amount was low but said your back is against the wall & you will have no other choice but to sue. Whitey is supposed to call me & tell me when the check will be cut & when I should have it in hand. Pete said he will call & discuss this with Chuck & if he has another opinion he'll call me & let me know. He said he will call me later anyway. He has 2 calls in for Prillamen. |
| 11/1/95 [sic] | Whitey called & said he understood that I agreed & I said yes but I guess that is the only thing I could do & he admitted that California made a big mistake but who is to know if you would have gotten this much of a lump sum. Maybe if you went another route you might get more but who knows how long that could take. I told him that I still want to stay friends with the Bureau & I would still be open to working with them. I mentioned New Orleans & he said that might be a good place for you. He said he will go upstairs because Prillamen leaves early on Friday & he wants to get this done & he will find out exactly when I will receive my money [.] After he finds out he will call Pete & me & give us a date. He said they were trying to put |

PATTON 000134

11/1/96
(Con't) all things together but he stepped in & said let's get this done first & then go on with the Florida thing. He said I have to pat myself on the back for that because you never know how long that would take.

11/1/96 Chuck called & said he talked to Pete & Pete told him what the offer was. Chuck said he had to agree with me & Pete that my back was to the wall - not much else could be done un-less I wanted to sue them. He said that he talked to a woman in Quantico, a friend of his, & told he about me & him going down there & instructing young & older agents how they should treat CI's & CW's & to stand by their word when they are working with them. He & the woman though[t] it would be a good idea. He said by my accepting this offer I am staying in good graces with the Bureau. He said he will call me the first of the week & see what is going on.

11/1/96 Pete called & asked if I had talked to White[y] & I said no. He said he had called Whitey's office 5 times & has not gotten a call back from him. The last time he talked to Whiteys secretary she said he had just left the building

PATTON 00137

| | |
|---|---|
| [11/12/97 [sic] Con't] | will call me later today and see what is going on. |
| 11/12/96 3:40 pm | I called Pete & he said he had just gotten off the phone with Washington & they told him the money is in Dallas. He said a woman S.A. has it & he is going to call Larry Sandri & have him get it to me. He said he will call me back. |
| 11/12/96 | Pete called & said he talked to Sandri. He said the money was down here & as soon as it was in his hands he would get it to me. Pete sa[id] he would call me by noon tomorrow to see if I had received it yet. |
| 11/13/96 | Larry Sandri called & said he has money. Needs to see how forms need to be filled out. Will call back. |
| 11/14/96 | Larry Sandri called & said he was waiting for the checks as soon as he got them he will go to the bank and get the money. |
| 11/14/96 | Larry Sandri called and said that the computers were down and he will call me [illegible] they come up. |

PATTON 000138

5/[illegible]/97
6:25 ct. pm I called Pete talked to his [illegible]. He was not in[.] He was at ball game.

5/27/97
6:30 ct pm I called John no answer.

5/28/97
9:40 am I called Pete no an. Left massage for him to call me

5/28/97
9:42 pm I called Chuck not in

5/28/97
9:43 am I called John was on phone left massage if he heard anything for him to call me

5/28/97
9:51 am I called Bobby, I told Bob what was going on with the "B" and he said that I [illegible] give them a date to [illegible] this and to be carefull how you said it so they don't take it as [illegible]. He said he had a meet to go to and I [illegible] call him later.

5/28/97 Chuck called and I asked him if he heard anything [.] He said he did not [.] I asked him he recalled what Rick said about the storage and he said that Rick said that he paid them $1200 and brouth it up to date and he said Rick said he but his lock on it. I said Rick has to be lieing to

PATTON 000139

| | |
|---|---|
| [5/28/97 con't] | us. Because the storage co. said they did not know a Rick Kelly and they said they sold the things in 1991. |
| 5/28/97 | John call me back and said he as not talk to [illegible] this is [illegible] to Pete. He call Pete today and left a massage for Pete to call him. I told John that I have to have a date when this thing is done or I will have to get a lawer. He said he thinks it will be taken care of soon or if not you will have to get a lawer a sue. He as me if I had a date and I said June 15. I can't wait anymore. He said I unstand. But he think that it will be done soon. He said he was on the [illegible] over the week end. He said he will call me when he knows something. |
| 5/28/97 | Pete called and said he as not heard from [illegible]. He said that he new I talk to John. He said that John should call him Mon between 9:00 am + 11:00 am[.] Pete said he was going out of town tomorrow Thurs. and will be back Mon. He asked me to call John |
| 5/28/97 | I call John and told him to call Pete Mon bet[ween] 9:00 am + 11:00 am. John said he will call [illegible] |

PATTON 000140

| | |
|---|---|
| [illegible]/97 | Called John and he said he talk to Pete and Pete was going to call "Espo" last night or this morning and he will call John and let him know what was said [.] I told John it has been a year this I talk to "Espo" and he "Espo" said he will look into it and I will be treated fairly. John said he will call me when he heard for Pete. I told him |
| 6/4/97 | Called Pete and left massage for him to call me. |
| 6/4/97 | Called John and left massage for him to call me |
| 6/4/97 | Called Chuch and left massage for him to call me |
| 6/6/97 | John called and said he did not hear anything[.] He said he talk to Pete and he is waiting for Pete to talk to "Espo"<br>"Espo" 202-324-3315 |
| 6/8/97<br>7:55 pm | Called Pete said he will call Espo and Whitey Mon 6/9/97 and he will call me after he talk to them. |

PATTON 000141

6/illegible/97
7:35 am Pete called and said that he talk to "Espo" and told "Espo" that it has been a year. And nothing as been done on the thing in FL. "Espo" said he thought it was taken care of . He "Espo" said that he told "Whitey" to take care of it. "Espo" said he will look into it today. Pete said that he would do it and "Espo" said they can't afford him. He told "Espo" about John. And John could handle it[.] "Espo" said he has people around there that can handle it. He "Pete" said he was going to call John and give him a heads-up on what "Espo" said. He said he will call me if he hear any thing. Pete said "Espo" was propaply going to get on "Whitey" and Whitey will call Pete and say [illegible] did you call "Espo"[.] Pete said do you job and th[is] would be over with. I ask Pete if he know any S.A. down here who knew a banker that I could get a $25,000 loan on the property I bought here. I said I got to July 1 to paid off the loan. He said he will see if a frien[d] was still down here and if he could do any thing.

[crossed out entry]

PATTON 000142

6/[illegible]/97
about 7:35 pm Pete called me and said that he got a mass[age] from "Whitey" that "Whitey" and a S.A. name "Will Burt" was coming to see me in 5 or 6 working days. Pete said to tell them everything about the FL. storage and money I was told I would get. Pete said tell them what Chuck Goodwin was told by Rick. And what was told to Ruth Ann + Pam. I said I want Ruth Ann + Pam to be there when they are asking me the ? and he said tell them that. He said tell them what Bob Berube heard. From Ric and Malynda Irby. Pete said for me to tell them what was in the storage and have a amount that you think it its worth. And tell them what was said by Rick.

6/22/97 I have not heard from anyone this I talk to Pete on 6/11/97[.] Pete said I would hear from "Whitey" in 5 or 6 working days. It is now 11 days.

6/2[illegible]/97
7:16 am Called Pete and left massage that I've not heard from anyone yet. If you hear from [illegible] please call me and let me know what it going on

6/23/97 Pete called and I told him I have not heard from anyone. He said he will try to get "Whitey" in the morning or Will Burt. And let

PATTON 000143

[6/23/97
con't] me know what was going on. I asked him if he got a hold of anyone now here that know a banker and he said he forgot about that but he will find out tomorrow and call me before 12:00:

6/24/97
1:05 pm Pete called and said he talk to "Whity" and "Whity" said he will call me tomorrow. Pete said that Whity just came back to work. He said that "Whity" wants to meet in Tallahassee I said that a long way from here. He said to tell him that. He said call John D. and tell him that "Whity" is go to call him . He said for me to call John D and for John to call Pete tomorrow between 5:00 and 6:00 pm. He said Whity is going to ask me if I still want to work for the B. I said yes. I [illegible] ask him if they talk to Chuck about what Rick told us when we were in FL. about the storage[.] He said he dosn't not know if they talk to Chuck but for me to tell "Whity" that.

6/24/97 Called John he is on leave till next week. Called John on the Eastern Sore and toll him what Pete said and he said he will call Pete and let me know what is go on.

PATTON 000144

| | |
|---|---|
| 6/25/97 | No call from "Whitey" or anyone eles. |
| 6/26/97 | No call " " " " |
| 6/27/97 | " " " " " |
| 6/27/97<br>4:36 pm | Called Pete he was not home[.] Mary said he will be home about 6:30 there time. |
| 6/27/97<br>6:02 pm | Called Pete and told him that no one called me, he said I can't believe it. He said "Whitey" told him that he would call me the next morning. He said he will cal l "Whity" Monday and if he is not in he will talk to "Espo" [.] He said they better be there next week or he will find out why. I said is the 4th of July weekend. He said I don't care. I asked him if John call Ed and he said yes. He [illegible] that John told him he was on the Eastern Shore. We talk about the S.A. in Miami that stold $400,000 |
| 6/28/29/30/97 | No calls from everyone. |
| 7/[illegible]/97<br>8:49 pm | Called Pete[.] He asked if I heard from everyone[.] I said no. He said he call Wash but did not get [illegible] one. He said he let a massage fro them to call him. Pete said he will call there now and will call me back. |
| 7/1/97<br>3:01 pm | Pet call and said that "Whitey" did not come in today and he told his sec that for "Whitey" [illegible] call to [illegible] at the no. She asked Pete if |

PATTON 000145

| | |
|---|---|
| [7/1/97 con't] | "Whitey" had the no. Pete said yes. Pete give me his office no. 1417 658 0352. He told me to ask "Whitey" why he did not call Pete back with a S.A. in this area that as a bank in is pocket. Pete said for me to call him tomorrow if I do not hear from "Whitey" by 3:00 |
| 7/2/97 3:15 pm | Called Pete and said I did not hear from [illegible] one |
| 7/3/97 11:15 am | A S.A. Mike called and said that he was calling for "Whitey" and "Whitey" will call me at 2:30 or 3:00 today |
| 7/3/97 | "Whitey" called and said that he will be here on Tue and we will talk about the storage, the $150,000 I was pro[illegible]. He said he will call me on Mon. and give me his plans. I give him the direction to my house. He said he will talk about my future with the FBI. I told him that Ruth Ann + Pam want to talk to him to. He said we will talk frist and he will talk to them. |
| 7/[illegible]/97 | Pete call and asked if I heard from anyone and I said "Whitey" called and I told him what was said. |

PATTON 000146

[illegible]/97 "Whitey" did not call me.

7/8/97 Called Pete and asked for him to call me.

7/8/97 Did not heare from "Whitey" or any one from Wash

7/8/97 Pete called me back and said its not like "Whitey" to do that. Something must have come up[.] He said if I do not here from "Whitey" by 12:00 my time to call him and he will see what is going on.

7/9/97
12:01 pm Called Pete and told him I have not heard from everyone in Wash. He said he will call "Whitey" and call me back.

7/9/97 Pete call me back and said the "Whitey" is out to lunch and "Whitey" will call him back when he gets back. If "Whitey" does not have the answer he will tell "Whitey" to transfer him to "Espo." He will call me back.

7/9/97
8:20 pm Called Pete and he said he did not hear from "Whitey" and he will call him in the morning and call me about 9:00 am

PATTON 000147

7/[illegible]/97 "Whitey" called and said that Pete told him to call me. He said he was not going to handle this [illegible] that someone eles will be doing it. He said he talk to John D. + Chuck G. I asked him what Chuck said and he said Chuck told him that Rick told us when we were in FL. that Rick paid the storage. That what he [illegible]. He did not tell me what John said. He did say that Pat had a argument with the [illegible] at the storage and I said that was a lie. He said he was going up to see a supervisor and talk about this. He said he will call me later today and let me know what or who was going to take care of this. He said Espo said he whats me to be [illegible] freelee. He said that when a CW is moved to a new location that office takes over everything. I said why was I not told that or the S.A. that was the S.A. I reported to told that and the office get the paper telling them that. I have never seen any paper work regarding that.

7/10/97 "Whitey" did not call me back and no one eles called me

7/11/97 No calls from ennyone in Wash. Pete did not call.

PATTON 000148

7/14/97 "Whitey" called at 9:10 and I was not hear. He give R.A. his pager no and I page him 3 time he did not call back. I call Wash. and talk to him. He said that he had pepole in his office and he will call me back in 15 mins. "Whitey" did not call me back.

7/15/97 No calls

7/16/97
8:41 am Call "Whitey" at 202-324-3000[.] He said he will call right back. "Whitey" called back. We talk about the lump sums I have got from Cal - Bal. I told him about the money I was given from S.D. witch he did not know. He asked what I though I was owe from FL. I said if you add up the 150,000 Rick said I would get and the things in storage which would be about 85,000 that would be about 250,000. I said my wife talk about it[.] He said what did you + her come up with I said 75,000. He said he will think it over with some other people and call me back today. We talk about the killings in FL. and I told him to call FL. and tell them to look around the [illegible] Hotel and Brick Road area. He asked if I though the guy would leave the area right away. I said I [illegible] he will lay low for a while then take off.

PATTON 000149

7/[illegible]/97 "Whitey" did not call back

7/17/97 "Whitey" did not call back

7/18/97 Called Pete and left massage for him to call me.

7/18/97
5:35 pm Pete called and I told him what was said to "Whitey" and the amount and he said that was to fare[.] He said he will call "Whitey" on Monday and see what is going on. He said he will call me Monday.

7/20/97 No calls from Pete or Whitey.

7/21/97 No calls

7/22/97 No calls

7/23/97
7:47 am Called Pete and left masssage for Pete to call me.

7/23/97
9:25 am Called Whity" at 202-324-3000 not in left massage for him to call me.

PATTON 000150

7/23/97

6:44 pm I called Pete and he said for me to call "Espo" tomorrow morning at 7:30 am I tell him what was going on. He give me "Espo" desk phone no. 202-324-3315 and Pete told me to tell him that you can't wait any longer. He said for me to call him around 11:30 or 12:00 he time.

7/24/97

6:30 am Called "Espo" at 202-324-3315 No ans.

6:45 am " " " " "

7:00 am " " " " " [illegible]

I talk to "Bill Espo" and told him what was going on[.] I told him I talk to "Whitey" on 7/16/97 and give him a amount of $75,00. And he said he will call me back later that day. And I have not heard from him. Bill said that he will talk to "Whitey" boss and get this taken care of today. I told him that "Whitey" said there was no more work for me. And I told Bill I will do anything the FBI wants be to do. I told him that there is a lot of drugs + [illegible] from N.O. in this area. And if DeSarno nees me, I am will to help him. He said he will look into this himself and someone will get back to me today. He said he