PATTON 000151

414-435-2222 Ex 213 Dallas F.B.I. no.

| | |
|---|---|
| [7/24/97 con't] | wants this thing done today. We talk little about the Cunnano thing + I told him that I told "Whitey" that they should look in [illegible] because he will be laying low for awhile. He thanked me for give "Whitey" that information. He asked me for my home phone no. and I give it to him. |
| 7/24/97 10:55 am | Called Pete and Pete said he will call me right back. Pete call me back and I told him what was side with "Espo"[.] He said if "Espo" does what he told you it can be done in 10 mi. He said when they call me for me to call him after I talk to whoever. He said now we will see "Espo" real colors. |
| 7/24/97 | No calls from anyone in Wash. |
| 7/25/95[sic] | No calls from anyone in Wash. |
| 7/28/95[sic] | Called Pete and left massage for him to call me |
| 7/28/95[sic] 6:45 pm | Pete called as said I bet you have no heard from anyone. I said your right. He said if I do not hear from ennyone by Wed [illegible] he will call me at 10:00 am and then call "Espo" |

PATTON 000152

7/[illegible]/97
3:05 pm "Whitey" call and said that he as [illegible] meeets with the people above him and they had 2 meets and they are waiting for one top official from them to sit down with. I told him I talk to "Espo" and he said I'm glad you told me [illegible] because I can [illegible] my boss and the other upper eclelon that. We talk about the Miami thing "Cunanan" and he said that he call down there and told them that it schould be put in my file. He said he called Pete and left a massage for Pete to call him. I said I talk to Pete last night. He said he will try to get this done as soon as he can. He will call me soon. We talk about N.O. and he said he knew a S.A. there that [illegible] help us in get there. But we have to wait till this is over [illegible].

7/30/97
[illegible] am Pete called and said that he got a massage from "Whitey". He said he try to call him last nite but he was gone. He try to call him today and he was on the phone. He asked me if I heard from anyone and I said "Whitey" called and I tolded Pete what was said. He said he will try to get "Whitey" today and will call me back at 5:00 p.m. tonight and let me know what is going on.

PATTON 000153

7/30/97
1:55 pm "Whitey" call and said that he is coming down and who will he be talking to. I said Ruth Ann - and - Pam. He said he wants to talk to eah one seperly[.] I said that no problem. He said he will be down tomorrow and he will call me later and give me his itinerary.

7/30/97
6:13 pm Call Pete and he side he talk to everyone but he had to go get his son. He will call me back around 9:00 or 10:00 my time.

7/30/97
10:15 am Pete called and said that he talked to "Whitey" and thing are starting to get going.

7/31/97
8:35 am "Whitey" call and said he talk to Pete and he got some paper work that he does not [illegible.] We talk about the storage thing and the thing that Rick told me + Chuck in FL. We talk about the phone books. And I said that we found out the they are gone. He ask me if I thought that the things in storage we but some were elas. I said no one told me that. I said as of 1995 Rick told me that anything was OK when I ask him about my thing's in FL. He said he will call me back later.

7/31/97
8:00 am "Whitey" call and as the same thing he asked before. He said he will call me later[.]

PATTON 000154

| | |
|---|---|
| | 11:00 pm [illegible] “98" |
| 7/31/97<br>4:55 pm | “Whitey” called and said he will be here Fri 8/1/97 at 11:00 am and [illegible] S.A. will be hear at 12:00[.] He said he will call me when he landed. |
| 8/1/97 | “Whitey” called and said for me to meet him at the Pirates Bay Condo’s. He give me the add. and phone no. 664-9347[.] He said his room was 404. I drove to the condo’s and meet with SSA Clyde W. Merryman + SA Stephen Morris. We talk about the storage thing + the 150,000 that Rick + Irby told me I w[illegible] get when this thing was over in Miami. We talk about Bal, S.D., Cal, Dallas, we talk about Don Webb + my books[.] I give them the report that the gov wrote for the court. |
| 8/2/97 | I took Pam + Ruth Ann to talk to Clyde Merryman + Stephen at the same condo that I was at on 8/1/97[.] They talked to Pam frist for about 1 ½ hr then they talked to Ruth Ann for about the same time[.] I was not in the room when they talked to Pam or Ruth Ann. After they talk to them I talk to them for a little while. I give “Whitey” Bob’s name-phone and ex. and told him I would not talk for any one eles. |
| 8/3/97 | I called Pete and left a massage for him to call me. Pete called me back and I told him what went on with Clyde + Stephen Morris. He said he will call them on Mon 8/4/97 and call me and let me know what was said[.] |

PATTON 000155

| | |
|---|---|
| 8/5/97 | No calls |
| 8/6/97 | I called Pete and we talk about what "Whitey" and he talk about. "Bob-Rick-Chuck-John-Irby." |
| 8/7/97<br>8:45 am | "Whitey" called and asked me about when Rick told me I was going to get the money from Miami and I told him. He asked if that money was for Miami or all the work I would do for the F.B.I. |
| 8/7/97 | "Whitey" called and ask were was I when Chuck + I were told about the storage. I said I was in Bal. and Chuck and I went down there. |
| 8/7/97 | "Whitey" called and ask me when and the years the pictures were taken on Don Webb and I told him 85-87 to the best of my recall there were pictures we us on my boat + at partys. |
| 8/7/97 | Pete called and said that "Whitey" said I did not give him the address of Bob. I told Pete that I give him the address + phone + ex. and told him to talk to Bob that I was not going to talk for someone eles. |
| 8/7/97 | Whitey called and asked was Bob prest[illegible] Rick talk about the 150,000[.] I said to the best of my recall yes." Do I know were I said no I do not remember were. I said Pete said that I did not give "Whitey" the name + phone no. to Whitey + Whitey said he did have [illegible]. |

PATTON 000156

| | |
|---|---|
| 8/7/97 | I called Pete and told hm what was said by "Whitey" and "Whitey" had the information on Bob. |
| 8/8/9/10/11/97 | No calls |
| 8/12/13 | No calls |
| 8/14/97 | Called Pete left massage for him to call me. ~~Did not~~. |
| 8/14/97 | Pete did not call back. |
| 8/15/97 | Called Chuck and told him about the meeting with "Whitey" and he said that Pete is keeping him up to date. He said his best friend he the new SAC in ALT. He got a call and said he will call me next week. |
| 8/15/97 | Called Pete and left massage if he heard enneything for him to call me. Did not call back |
| 8/16/17/97 | No calls |
| 8/18/97<br>7:55 am | Call Pete left massage if he heard from the people in Wash [.] Please call me. |
| 8/18/97 | Pete called and asked me if I heard from anyone in Wash[.] I said no, + he said he as not |

PATTON 000157

| | |
|---|---|
| [8/18/97 con’t] | heard form them. He said say told him that after they work up the 302's FL. have 5 days to answer. He said he will call “Whitey” tomorrow and see what is going o[n.] Then he will call me. |
| 8/19/97 | No calls[.] Pete did not call back |
| 8/20/97 8:19 am | Call “Whity” and left massage for him to call me. He did not call back. |
| 8/21/97 [illegible]30am | Called “Whitey”[.] He said that he talk to Pete last night and Pete said he will [illegible] hearing from me today. “Whitey” said that everything is in the workings and he hopes to have a anser by next week. He said that it look like everything is in your favor now but we have to see what Miami says. Steve is very much on are side. And is frustrated with the way Wash works. |
| 8/21/97 | Called Pete and left massage that I will call him later. |
| 8/21/97 | Pete call and we talk about what “Whitey” said to me and Pete we we agred on what “Whitey” said and what Whitey + Steve were doing. Pete said he will call me if he hear anything. |

PATTON 000158

| | |
|---|---|
| 8/22/23/24/ | No calls from any one. |
| 25/26/27 | " " " " |
| 28/29/30 | " " " " |
| 31/9/1/97 | No calls from any one. |

9/2/97
8:45 am Beep "Whitey" in Wash at no. 1 800-509-7151[.] Give my no. at home. "Whitey" did not return my beep.

9/3//97 No calls from any one

9/4/97
7:38 am Beep "Whitey" in Wash at no. 1 800-509-7151[.] Give my no. at home. Did not return my beep.

9/5/97
10:03 am Called Pete and he said he will call me righ back. He was on the phone.

9/5/97 Pete did not return call

9/6/7/97 No calls

9/8/97
7/:25 am Caulle Pete and left massage for him to call me

9/8/97
728 am Beep "Whitey" in Wash at no. 1.800-509-7151[.] Give my no. at home

PATTON 000159

| | |
|---|---|
| 9/8/97<br>9:30 am | Pete called and I was not here[.] He told R.A. that we will call today 5:00 p.m. his time. |
| 9/8/97 | Pete did not call back. |
| 9/9/97<br>8:32 am | Called Clyde - "Whitey" at 202-324-5633[.] Not in today. |
| 9/9/97<br>8:36 am | Called called "Whitey" on is beeper 800-509-715 and left my phone no. |
| 9/9/97<br>8:37 am | Called Pete and he said that he as not heard from "Whitey"[.] Pete said that Chuck is in Wash and Pete wil beep him and asked Chuck to see "Espo" and see what is going on. Pete said he will call "Whitey" tomorrow and then call me. |
| 9/9/97<br>8:58 am | Called Stephen Morris in Wash and he was not in today. |
| 9/9/97 | "Whitey" called and said he did not know anything[.] He has been out of Wash for a wiek and he will be back in Wash on Monday and he will look into it. If he fines out anything I will be the frist to know. |

PATTON 000160

9/10/11/97 No calls form anyone.

9/12/12/14/97 No calls from anyone.

9/15/97 Called John in Ann. He was not in left massage for him to call me[.] Did not return call

9/16/97 No calls

9/17/97
7:35 am Called Pete and left massage for him to call me.

9/17/97
7:51 am Called Chuck and he was on the phone[.] I asked for him to call me back.

9/17/97
8:30 am Called Steve Morris in Wash and they said that he is in Qunito this week.

9/17/97
1:20 pm Chuck called and said that "Espo" is retring 10/1/97[.] I asked him if he got to talk to "Espo or Whitey" why he was in Wash and he said no he did not get a change to. He saw "Espo" but it was not were he could talk to him about our thing. He said he got a call and he had to go . He said he will call me later.

9/17/97 I called Pete and left a massage for him to [illegible.]

PATTON 000161

9/17/97 I called "Whitey" in Wash and he was on the phone[.] I left a massage for him to call me.

9/17/97 Pete called and said that he talk to "Whitey" and "Whitey" said that Maimi as not replay to Wash on this matter and Pete said that he was told by "Espo" that they were to replay in 5 days[.] He does not know who they talk to in Wash. He said he is going to call "Espo" in the mor? and tell him that "Espo" pro[illegible] to take care of this and he is going to tell him what happen whe[illegible] he is gone. He said if we have to get a lawer he know a [illegible] A.D. in Wash that he can call and see what atty to get. He said he wil call me after he talks to "Espo" and let me know what to do or what "Espo" says.

9/18/19/20/21/97 No calls from any one.

9/[22]/97 I called Pete and he said that he tryed to call "Espo" on Fri and he did not get him[.] Pete said "Espo" call back but Pete was not there. Pete said that he will try to call "Espo" Tue or Wed and he will tell him that he sai[d] he would take care of this. And now he is retrying, and who will take over this thi[illegible]. Pete said if Mamia is try to come up with

PATTON 000162

| | |
|---|---|
| [9/22/97 con't] | some thing funny. They do not know that Pete as the file and he was the one who send them the paper work on the invas. that a S.A. did on the storage thing[.] Pete said if this turn out to be a OPR case it time for me to get an atty. Pete said he will call me after he talk with "Espo". He said he takl to Chuc[k] today and Chuck said he did not what was going on. But they both think that FL. is trying to get out of this one way or [illegible]. |
| 9/23/24/97 | No calls calls |
| 9/25/97 8:17 am | Called Pete and left massage for Pete to call me when he as time to talk about this thing |
| 9/25/97 8:20 am | Called Steve Morris someone there said he was in a meeting. |
| 9/25/97 8:22 am | Called John he was not in. |
| 9/26/27/28/97 | No calls returned |

PATTON 000163

9/[29]/97
7:12 pm Called Pete and left massage for him to call me.

9/30/97
7:42 am Called Pete and left massage for him to call me.

9/30/97
7:34 am Called John D. left massage for him to call me.

9/30/97
7:37 am Called Steve Morris and he said he does not know what is going on but he hope to have some thing to tell me soon. He said that it is now he the hands of the upper people. He said his boss is asking every day what is going on with this case. He said that he wish that he could get out of Wash yesterday. He said that Jim DeSarno is not in N.O. anymore. He is in Wash now. He said that when he here something he will call right away.

10/[]/97 Pete called me and said he was sorry that he did not call me back when I called[.] He was out of town. He said he tryed to call "Espo" for days and he never got him. He said he left a massage tod[ay] for Espo to call him on the beeper. He said that he but in a call for "Whitey" and he said that "Whitey" will call him back. He said he is going to tell

PATTON 000164

| | |
|---|---|
| [10/[]/97 con't] | "Espo" + "Whitey" that if this thing is not taken care of soon he will call a ex Dic. in Wash and as him what atty i should get and go after the Bu. He said that Maimi ws to answer in 5 days after they got the paper work from Wash [illegible] if they in "Miami" are trying to come up with something. He as all the paper work that a S.A. in "Miami" send to him + Fred in Boston and he said that he is the one who give the paper work to "Whitey" in Wash when Miami said they did not have it. Pete said he will call me on Fri or Sat and let me know what "Whitey or Espo" as to say. |
| 10/2/97 | "Whitey" call me and said he talk to Pete last night and he was sorry he as not talk to me he was out of town. He said that Steve told him that I called him. He said that was good because his boss (Neil) "Divvers" is that guy that makes the decistion to the B[illegible]. He said they have not heard from Miami yet. He doesn't know why "Espo" did not call down there and tell them to get of the pot and get this done. I said I can't keep going like this waiting I am going to do what I ahve to do. He said don't get [illegible.] Give them a change to get to the bottom of this[.] He said that L.A. or no one eles after said a bad thing about you they all said you did a great job for us. I said I know Chuck [illegible] |

PATTON 000165

| | |
|---|---|
| [10/2/97 con't] | what Rick told us when we were in "Miami" togeter[.] He said that is what Chuck told him and there should be some paper work on that[.] I said that when Pete send down there for paper work on D.W. they said they dis[illegible] anything in the file. I asked him if he call that guy he knows in N.O. He said no but he will call him today and call me back and give me his name so when he calls me I will know who he is. He said he will call me back today and let m[e] know what he can find out. |
| 10/2/97 | "Whitey" did not call back today like he said he would. |
| 10/3/4/5/6/ 7/97 | No call from anyone. |
| 10/8/97 4[] pm | Called Pete and he said he talke dto "Whitey" the night before I talk to "Whitey" and read his ass out and he "Whitey" [illegible] all "Bill Espo" would had to do was make one phone call and this thing would be over with. He said that "Espo" was a little ass hole for not doing what he said he was going to do. He said he will call me on Fri and we can talk then[.] He had to go pick-up his son from soccer. |

PATTON 000166

| | |
|---|---|
| 10/10/97<br>7:38 am | Called Steve Morris in Wash. He was not in yet. |
| 10/10/97<br>8:08 am | Called Steve Morris in Wash[.] He was not in[.] I left a massage for him to call me. |
| 10/10/97 | Called "Whitey" in Wash[.] He is not in today |
| 10/11/12/97 | No one call me back |
| 10/13/97<br>8:52 am | Called Steve Morris in Wash. No one in it's a fed hollyday |
| 10/13/97 | Called Pete and left massage for him to call me. Did not call back. |
| 10/13/97 | No call from Pete |
| 10/14/97<br>8:21 am | Called Steve Morris line 1960[.] Not at his desk[.] Left massage for him to call me[.] Give the oper. my phone no. |
| 10/14/97 | Steve called and left a massage for me to call him. |

PATTON 000167

| | |
|---|---|
| 10/14/97<br>12:54 pm | I called Steve and told him I have to know someone soon or I will do what I have to do[.] He said he will talk to his boss and called me back today or in a few days. “Bob Bryr” new Adic. Seve did not call back today. |
| 10/14/97<br>4:15 pm | Called Pete left massage for him to call me. Did not return call. |
| 10/15/97<br>8:05 am | Called Pete left massage for him to call me. Did not return call |
| 10/15/97<br>8:07 am | Called John left massage for him to call me. |
| 10/17/97<br>5:26 pm | Called Pete left massage for him to call me. No return call |
| 10/15/16/17<br>18/19/97 | No return calls. |
| 10/20/97<br>7:34 am | Called Pete left massage for him to call me. |
| 10/20/97<br>[]:38 am | Called Chuck and his sec. said he will be gone for two week in Wash. |

PATTON 000168

10/20/97 I send a letter to "Steve + Whitey"

[10]/20/97 Pete called and said that he as not returned my calls because he as not heard from anyone. He said he talked to a ex Ass. Dir. and he told Pete that it was not a good thing to get a atty right now because Miami will get there back up and nothing will be done. Pete but Chuck on the phone and we talk about him going to Wash[.] He said that he was going to Qu. and he said he not see anyone in Wash. I asked he if he could try to see someone in Wash and he said he will try. He said he will call me when he get back to the office in Mich. Pete got back on the line and said he will call "Whitey" and see what was going on. I told him about the letters I sent to "Whitey" and Steve and he said let see what they say. He said he will call me today or tomorrow and tell me what "Whitey" said.

10/[21]/22/97 No calls from Pete or anyone eles.

10/23/23/25/
26/27/28/29 No calls from Pete or John or anyone eles.

10/30/97 Called Pete and left massage for him to call me.

10/30/97 Called Pete and left massage for him to call me.

PATTON 000169

| | |
|---|---|
| []/97<br>9:48 am | Called Steve Morris in Wash. Left massage for him to call me |
| 10/31/97 | Steve called and said that he had a meeting with his boss and they are going to send me a form to fill out[.] It is a claim form. I said if that is the case then maybe I should get a atty. He sai[d] he dose not thing that is necessary. The form is just to justify the cost of the things in storage. I said what about the 150,000 I was promised. He said that if there was a case still going on they could justify that, but since there is no case goi[ng] on that can't paid that. I said it was promised to me when I came over. He said he dose not know what to do about that[.] He said he will talk to his boss righ[t] after he hang up and let me know. He said he will send me the form next week. And I can look it over. |
| 10/31/97 | I called Pete and he said he will call me back. Pete called me back and I told he waht was told to me my Steve Morris and he said he will call "Whitey" on Monday and call me and let me know what this is all about |

PATTON 000170

| | |
|---|---|
| [10/31/97 con't] | Pete said that he will check out who the atty I told him I called and he said that he has a atty in Wash that could take the case. He said that maybe this form that they are talking about is maybe the way to go. But he will ask "Whitey or Chuck" what this is all about. |
| 11/3/97 | No call from Pete |
| 11/4/97 []:30 am | I called Pete and left massage for him to call me. Did not call back |
| 11/5/97 | No calls |
| 11/6/97 1:55 pm | Steve called and asked for my mailing add. I give it ot him. I asked if he talk to his boss and he said that his boss said send the form to me and lets see what hapeis. I said OK. He said he will but it in the mail today today or Fri. Call and let him know I get it. |
| 11/6/97 | Called Pete and he said he will call me back[.] Pete called and I told him what Steve said and he said when I get the form to fax it to him and he will see what it is. He said he will call his fr[illegible] |

PATTON 000171

[11/6/97
con't] in F.W. and have him call me and see what he can do for me. He said he but a call in for is friend in Wash and see about the atty I told him about and fine out if his friend has the right atty I need in Wash. He said he will call me tomorrow or on Mon.

11/7/8/9/10
11/12/13/14/15/16 I have not got the form from Steve or a call from anyone eles.

10/17/97
6:50 am I called Pete and he said he as not heard from anyone. I told him I have not got the form from Wash. He said he will call "Whitey" today and call me tonight. No call

11/18/97 I called Steve Morris in Wash and left massage for him to call me. (Did not call bac[k).]

11/19/97 I called Steve Morris in Wash and he said that he sent the form last Thur[.] I said I've not got it[.] He said he will check the gril he give it to and see were it is. He said that it was sent reg.

11/20/97 Pete called and said that he talk to "Whitey" last night and "Whitey" was going to check with Steve and see were the form is and whe[n] it was sent. I said I will know when it was sent because it will be on the letter

PATTON 000172

[11/20/97
con't]

Pete said I should take notes what was in every room and but in on paper with the amt it cost me. I said if I had my things I would have the rec. for everything in the house. I can't remember the amt I paid for thing that were brouth 40 years ago[.] He said that they will not pay for the amount I paid for it. He said that I can't sue the "B" it is [illegal] the law to sue the gov. I said OK we will see. He said that the guy he knew in Wash did not know the atty I told him abou[t.] He said when I get the forms for me to sen[d] him by fax the forms. He said that I will be lucky to get 25 to 50 and I said there is no way I will take that. I will see them in court. [Illegible] let the atty do what they know best. He said Chuck was coming to is house in 1 hr. on his way home. I said I will talk to him after I get the forms.