IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THOMAS PATTON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-161C<br>(Judge George Miller) |

DEFENDANT'S ORDER OF WITNESSES

Pursuant to the Court's order dated October 5, 2006, defendant provides the following order of witnesses, estimated times for direct testimony, and the subject-matter to which each witnesses will testify.

Defendant expects to call the following witnesses at trial in the order provided:

1. Thomas J. Patton
   c/o Richard D. Heideman, Esq.
   1146 19th Street, N.W.
   Fifth Floor
   Washington, D.C. 20036

Mr. Patton is expected to testify regarding services performed for the Federal Bureau of Investigation ("FBI"), his 1994 Agreement with the FBI, events and discussions concerning payments from the FBI, and post-November 14, 1996 discussions and correspondence with the FBI. Mr. Patton will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require two hours.

2. Peter McCann
Special Agent (retired)
Federal Bureau of Investigation
c/o Ted G. Schwartz, Esq.
Federal Office Building
Suite 1700
11000 Wilshire Blvd.
Los Angeles, CA 90024

Mr. McCann is expected to testify regarding Mr. Patton's work for the FBI, and discussions that he had with Mr. Patton, with other FBI personnel, and Mr. Heideman, counsel for Mr. Patton, regarding the 1994 Agreement and Mr. Patton's claims. Mr. McCann will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require two hours.

3. Charles Goodwin
Special Agent in Charge
Federal Bureau of Investigation
Honolulu, Hawaii

Mr. Goodwin is expected to testify regarding Mr. Patton's work for the FBI, and discussions that he had with Mr. Patton and with other FBI personnel regarding the 1994 Agreement and Mr. Patton's claims. Mr. Goodwin will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require one hour.

4. Lawrence Sandri
Special Agent (retired)
Federal Bureau of Investigation
c/o Ted G. Schwartz, Esq.
Federal Office Building
Suite 1700
11000 Wilshire Blvd.
Los Angeles, CA 90024

Mr. Sandri is expected to testify regarding the FBI's $30,000 payment to Mr. Patton on November 14, 1996 and discussions that he had with Mr. Patton concerning that payment. Mr. Sandri will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require one hour.

5. Michael Wacks
Special Agent (retired)
Federal Bureau of Investigation
c/o Ted G. Schwartz, Esq.
Federal Office Building
Suite 1700
11000 Wilshire Blvd.
Los Angeles, CA 90024

Mr. Wacks is expected to testify regarding the parties' 1994 Agreement, Mr. Patton's claims, and communications that he had with Mr. Patton. Mr. Wacks will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require one hour.

6. Stephen L. Morris
Supervisory Special Agent
Federal Bureau of Investigation
Washington, D.C.

Mr. Morris is expected to testify regarding the parties' 1994 Agreement, and payments made by the FBI to Mr. Patton. He will also testify regarding discussions that he had with Mr. Patton and other FBI personnel regarding Mr. Patton's claims. Mr. Morris will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require one hour.

7. Neil Divers
Unit Chief, Informant Unit (retired)
Federal Bureau of Investigation
c/o Ted G. Schwartz, Esq.
Federal Office Building
Suite 1700
11000 Wilshire Blvd.
Los Angeles, CA 90024

Mr. Divers is expected to testify regarding the parties' 1994 Agreement, Mr. Patton's claims, and payments made by the FBI to Mr. Patton. Mr. Divers will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require one hour.

8. Weldon M. Burt
Supervisory Special Agent
Federal Bureau of Investigation
Quantico, VA

Mr. Burt is expected to testify regarding the parties' 1994 Agreement, Mr. Patton's claims, and payments made by the FBI to Mr. Patton. Mr. Burt will testify regarding relevant documents, and as necessary to authenticate and identify documents. Direct examination is expected to require one hour.

As noted on defendant's witness list, filed with the Court on September 21, 2006, defendant may also call any witnesses listed by plaintiff in his list of witnesses for trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288

Attorneys for Defendant

OF COUNSEL:

TED G. SCHWARTZ
Assistant General Counsel
Federal Bureau of Investigation

OCTOBER 11, 2006

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 11th day of OCTOBER, 2006, a copy of the foregoing "DEFENDANT'S ORDER OF WITNESSES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore