# PLAINTIFF'S EXHIBIT A

Patton v. United States

01-101 (GWM)

**PATTON 00059**

2/27/96 I have talked to Tony (Scott) 3 times since I left California & he said they went to talk to Ori but he did not know what Ori was going to do. He said he talked to Lloyd and was waiting to see what they were going to do with Lloyd. I talked to Mike 1 time & he said they were in New York & he will take care of the bills when he gets back to California & in the office on Monday 3/18/96. He said he would put in for the lump sum then too.

3/14/96 I met with Fred from Boston & Pete McCann from Pittsburgh. We talked about Frank Lach & Donald Webb, Rick Leahy & Malynda Irby. We met with Vinnie who lives in Dallas. He is a retired special agent.

3/21/96 I talked to Scottie who said he was in Ft. Myers, Florida & he will talk to me next week. I talked to Pete in Newcastle & he said Fred in Boston talked to Irby in Florida & she remembered we had talked about Donald Webb but she did not take notes & she did not know where the phone books were. I talked to Chuck in Michigan & told him what Pete said & asked him about the contract. He said "wait & see."

**PATTON 00060**

3/22/96 Mike called me & said he got the $900 & would send it today or Monday. I gave him my address. He said he would put in for the lump sum right away & he got the bills from the move to Dallas & he would get that soon. I told him about the meeting in Dallas & what Pete told me on 3/21. He said he & Andy were going to meet Ori today.

3/26/96 I talked to Pete. He told me that Fred talked to Rick & Irby & he was going to find out what was going on with my things in Florida. He said that he talked to Fred & told Fred to send me the $2500 for the day I was with them. He said that they had 3 addresses on Frank Lach & one was in Bradenton, FL. He said he would call me after he talked to Fred & Jim Adams in Dallas. I told him to send something to Mike in L.A. so he knows what is going on. He said he would tell Fred to send it to Mike in L.A.

3/29/96 I got a check from Mike for $916.30. I sent the form back to him on 3/29/96. That check was for the first time I came to Dallas.

4/1/96 John in Annapolis said he would call back.

**PATTON 000063**

| | |
|---|---|
| 5/7/96 | Talk to Pete about things in storage and Mike[.] Pete said that he as [*sic*] not talked to Mike yet and he will try to get him today if not he will talk to Pat Marsaic. He will call me later this week. |
| 5/7/96 | Beeped Scotty – |
| 5/7/96 | Try Bob he was not in. |
| 5/7/96 | Scotty called and said he didn't trust Ori and he was go [*sic*] to give him a lie test. He said that he was working with Vic on some things. He said that they are giving Ori $6500 a mo. but he has not give[n] him the money because Ori has not meet [*sic*] with them. He said that he got the letter and thank me for it. He said he will call and [*sic*] S.A. in N.O. to see if they need someone there. And let me know. |
| 5/9/96 | Try Bob he was not in. |
| 5/10/96 | Meet with Larry & Mike (had no work for me) |
| 5/10/96 | Called Pete not in told them to call me. |
| 5/10/96 | Called Chuck say he will call me back. |

**PATTON 00064**

Chris Vitolo
Off – 462-0603
Home – 763-4749

Owner of Federal Self Stor
2010 NE 7th Ave
Dania, FL
954-525-3040

| | |
|---|---|
| 5/13/96 | Called Pete and he said [word scratched out] he talk to Mike and Mike was going to see what he could do about the money. |
| 5/13/96 | Called Mike and he said he will talk to Pat about the money and he said that J.D. died[.] He said he don't [*sic*] think the contract is in force. He said he will call me on Tue or Wed. |
| 5/13/96 | Talk to Fred in Boston and he said he will call me on Thur. |
| 5/13/96 | Talk to Scotty and he said that Ori was not doing what he was to do. He said he will call N.O. and let me know. |
| 5/14/15 | No calls from any one (Pete, Mike, Scotty, Chuck, Fred. |
| 5/16/96 | No calls |
| 5/17/18/19 | No calls |
| 5/20/96 | Called Pete was not in told them for him to call me |
| 5/20/96 | Called John not in – |
| 5/20/96 | Pete called and asked if I heard from Mike I said no. He said that he is not going to call Mike anymore and that he will call Bill Esposito in Wash and have him call me. He said that he will call me after he [log entry continued onto Patton 00065] talks to Bill. He said that Mike doesn't know what he is doing. He said that the things in Fl. were never in Rick Kelly's name. I said I didn't want to give anyone troulb [*sic*] [.] He said you can't just let them run over you. You have to stan up for whats right. He told me that someone in L.A. is bad mouthing me. He didn't know who it was. He said he new [*sic*] someone in Houston and he will call him and see if there is something there. |

**PATTON 00066**

| | |
|---|---|
| 5/25/26/27/ | No calls |
| 5/28 | Scotty call [*sic*] me and said that Ori was not doing anything for him. He said that Ori only lies to him about being made. I asked him who was bad mouthing me in Cal. And he said that the only ones that minn [*sic*, should be "might"] do that his [*sic*] Pat or Stan. I asked him if he know about the money that I have comeing [*sic*] and he said he was in NY last week but he as [*sic*] not seen anything on paper. He said that he will see what he can find out and let me know. He doesn't know what Mike is doing. He doesn't see him in the office. He said that N.J. was calling him about Ori and they what [*sic*, should be "want"] to but [*sic*, should be "put"] him away. He said that he was going to try to see Ori today and if Ori doesn't have anything for him he is going to turn him over to N.J. He said he will call me when he can. |
| 5/29 | No calls |
| 5/30/31 | No calls |
| 6/1/2/3 | No calls |
| 6/4 | Called Pete he said that Fred will be sending me some $[.] He said Frank Lach wife has when [*sic*] back to R.I. and they are going to see Frank he got another DWI. He said Frank is [illegible]. And [illegible]. He said [entry continued on next page] said [*sic*] that he as [*sic*] not heard from Espo. and he as [*sic*] not heard from the guy in Hou. He will call them today and get back to me. I told him that I have not heard from Mike and he said that he can't understand it. He said he will call Fred and give him by [*sic*, should be "my"] address. He said he will talk to Chuck today and see wear [*sic*] we go from here. He will call me later. |

**PATTON 00068**

[Words at the top of the page are scratched out.]

6/7/96 John called and said he try [*sic*] to call Mike and Mike has not call back. He is going to call him Mon and see what is going on. He talk [*sic*] to Jim Ellis and Jim said if he needs him to call Pat in Call he will. But wait and see what Mike says.

6/8/9/96 No calls

6/10/96 Chuck call [*sic*] and said that Boston can't do anything till LA dose [*sic*] something.

6/11/96 Talk [*sic*] to John and he as [*sic*] not talk [*sic*] to Mike yet. When he talks to Mike he will call me.

6/11/96 Talk to Pete he will call me back at 3:00 pm.

6/11/96 Called Mike and left mass. [*sic*] for him to call me.

6/11/96 Mike called and said he ase [*sic*] not but [*sic*] in for the money yet he is waiting for the right time. He said that I schould [*sic*] get in tousch [*sic*] with someone in Was (Espo.) and tell them what when [*sic*] on in FL. He
* said that I schould [*sic*] not wait to do something. He said that he told the
* guys in Boston that my contract is over in L.A. and they can pay me. I ask
* [*sic*] him if he would but [*sic*] in for the lump some [*sic*] so I can get out of
* here. He said he will. I said that someone out there was bad mouthing me and we said they did not talk to him or [word scratched out] Scott on [illegible]. He said that he will let me know when he put in for the money.

**PATTON 00069**

6/11/96 Pete called and said that he as [*sic*] not heard from the guys from Boston
and that he will try to get them today[.] I told him that I talked to Mike
* and he said that he has not but [*sic*, should be "put"] in for any money and
* he is waiting for the things from Boston. Pete said that Mike is full of
* shit[.] They sent him the letter on 4/96 and Mike told him that he was
* going to but [*sic*, should be "put"] in for the money. Pete said that he will
* call "Espo" and asked [*sic*] him if he will call me. And give me 15 mins
* of he's [*sic*] time. Pete said that he & Fred will take care of the thing in
* FL. For me not to worry about that. He said that a guy from Boston was
going to call Pat in Cal. And find out what was going on. Pete said he will
call me on 6/12/96 and let me know what they said.

6/12/96 No calls.

6/13/14/15/96 No calls.

6/16/6/17
6/18 No calls

6/19/96 Call [*sic*] Pete and he said that he left a massage [*sic*] with "Espo" for him to call me. He said Mike from Boston talk [*sic*] to Pat in Call and Pat said that he thought that the [*sic*] owe me March & April but did not think that they had to give me a release on the contract in writing. Then Mike told him that all Dis give it.

**PATTON 00072 – 74**

| | |
|---|---|
| 6/26/96 | Pete call [*sic*] me and said that the S.A. that is checking out my thing is from Det and now is in Wash. He is the one that "Espo" but [*sic*] on the invest. Pete said he & Chuck kown [*sic*] this guy and he will do the right thing. He ask me if anyone contact [*sic*] me. I said I have not heard from anyone. He said that the S.A. called him & Chuck & Fred but he did not know who eles [*sic*] he called. He said if someone in L.A. is bad mouthing me it dose [*sic*] not matter because my record talks for itself. He said he was in Pitt. all day on the [illegible] and he will be there Thur & Fri. He said that he will call me tom nite [*sic*] and let me know if [*sic*] anything he hears. |
| 6/27/96 | No calls. |
| 6/28/29/30 | No calls |
| 7/1/96 | No calls |
| 7/2/96 | Called Chuck on vac. Called Pete not in left mass [*sic*] for him to call me. |
| * | |
| * | Called Sctto y [*sic*] and he call [*sic*] me back. He said he was in NY on the trial and Andy was with him. He said the N.J. got the guys that Ori was with and he was going to tell Ori that he has to give him something [entry continued on Patton 00073] or he will have to go to N.J. and go to trial. |
| * * * * * | He said that Mike or Andy told him that Mike got a call from "Espo" and why did I tell "Espo" about Cal. I told him that I told "Espo" about my things in Fl. and about the contract in Cal. He said that Mike did so much for me in Cal. that Mike was bad [*sic*, should be "mad"] about the call. I said then Mike should have did [*sic*] the right thing by me. He said that he had to go and for me to beep him on his 800 no Wed about 12:00 my time. I told him that I have been trying to get Mike to see what was go on with the money from Cal and Mike did not return my call |
| 7/3/96 | Pete called he did not forget me he as [*sic*] been busy with a case. He said that he talk [*sic*] to the boss in Boshand [*sic*, should be "Boston"] they are going to send me the money from that office. He said he will call me back about 5:00. Pet [*sic*] called and said that [words scratched out] he talk to Mike in Boston and he will get with Fred and sent [*sic*] me the money he hopes by next Fri. He said he will call me Fri and tell me what was going on. He did not call on Fri. |
| 7/4/5/6/7 | No calls |

| | |
|---|---|
| 7/8/96 | No calls |
| 7/9/96 | Chuck called and he told me what Rick said in Fl. about my things & he told me he as [*sic*] not herd [*sic*] from the S.A. the [*sic*] is working for "Espo" I told him that the story Rick told him was not right and he [entry continued on Patton 00074] said he dose [*sic*] not what [*sic*] to get in the middle of it. He said that Pete was trying to get the money from Boston. When I got off the phone I told Ruth Ann what Rick was saying and she called Chuck and told him what Rick told her. |
| 7/10/96 | Called Pete and he said he will call be [*sic*] back he had a S.P.T. in the office. |
| 7/10/96 | John called and said he didn't here [*sic*] from Mike John said he got a call from some D.T. from Chi that whats [*sic*] to talk to me. I said I will not talk to any Det from Chi without knowing what was go on. He said he will find out what he as [*sic*] to say and let me know. He said for me to call him at 8:30 tomorrow and he will talk to me then. |
| 7/10/96 | Pete called back and said that he will get "Whitey" and Fred on the phone tomorrow and see what is going on. |
| 7/11/96 | I call John at 8:30 his time and he was not in I left a massage [*sic*] for him to call me. |
| 7/11/96 | Pete called and said that he talk [*sic*] to Fred and Fred was mailing the check to Larry in TX today and I schould [*sic*] have it on Fri or Mon or Tue. See next page. |

**PATTON 00078**

7/25/96 Pete called me and said he got the massage [*sic*] and as[ked] if I got the money. I said yes. Pete said he try [*sic*] to get "Whity" and he didn't call him back yet. Pete said that he was going to be busy tomorrow on a case about kiddy pro. [*sic*, should be "porn"] and he will call me if he gets a change [*sic*, should be "chance"]. I told him what was siad [*sic*] with Larry Sandi [*sic*].

7/26/27/28/96 No calls.

7/29/96 Called John. Talk [*sic*] to John and he said he was in court last week in NY on a kiddy pro [*sic*, should be "porn"] case I told him about are [*sic*] case in Cal that Pat trun [*sic*, should be "turned"] down. He said that he as [*sic*] not talk [*sic*] to Mike yet. I told him to call Pete and give him the no's agin [*sic*]. He said he will try to call him.

7/29/96 Fred called from Boston and said that he was sorry that he did not call me before he went to NY. I said that's ok. He asked how RA. was taking the thing in FL. I said not good. He said that there are people working on that and they will get that done. He said that he is retiring June 6, 1999. He said he as [*sic*] had it. We talk [*sic*] about his retiring and I told him if I move to FL I will find D.W. you can bet on that. He said as soon as I get my money from Cal. for me to call him. I said I will.

**PATTON 00079 – 80**

7/30/96 Call Pete and as[ked] him about a sup in Chi. He said he will call Allbee and call me back.

Jim Robertson
312 786 2816

7/30/96 S.A. Appley called and said that he had a "sup" for me and he will bring it over. He had my add. & phone no. He came with a "sup" from Chi.

7/30/96 Pete called and said that for me to call a S.A. in Chi. Pete said that they know this S.A. Chuck and Pete know him. I ask [*sic*] Pete about "Whity" getting the things out of Cal. He said he will beep & call "Whity"[.] He said that he would be disapointed [*sic*] if this thing is not done by tomorrow. He said that he will tell "Whity" about this thing in Chi. He said that he will call Dallis [*sic*] & call me back. Pete call [*sic*] back and said that he talk to Dallas Apply's and told him that he schould [*sic*] not but [*sic*, should be "put"] in were [*sic*] I am.

7/30/96 Called Chuck and he said to make sure that the money I'm to get from Cal doesn't inclued [*sic*] FL. He said he will talk to Pete about it and for me to talk to Pete about it. I asked him to talk to Kent about N.O., Jacks, or OL. Then I can look for D.W. He said [continued on Patton 00080] he will ask around. He said he was going to Wash and he will call me on Fri.

7/31/96 9:05 am Try Jim Robertson not in.

7/31/96 Called John not in

7/31/96 9:30 am Try Jim Robertson left massage [*sic*] that I will call back.

7/31/96 I called Jim Robertson in Chi and we talk [*sic*] about the "sup" I got. I told him that I done [*sic*] know what help I will do for them on this case[.] I told him the [*sic*] if it was the "Cal" case I could help him. But if they what [*sic*] me to hepl [*sic*] on this case I will. But I don't what [*sic*] to hurt the case on [*sic*] "Cal"[.] He said he understand [*sic*] that. He said that he will talk to the AUSA about what we talk [*sic*] about and get back to Chuck or Pete[.] I give [*sic*] him Pete no's. He said that he will call them on Mon. I said we schould [*sic*] get togeter [*sic*] soon so I can see were [*sic*] I can help them. He said thanks that would be a good thing to do.

7/31/96 No call from Pete

8/1/96 Called Pete and left massage [*sic*] for him to call me.

**PATTON 00081 – 83**

| | |
|---|---|
| 8/1/96 | [Words scratched out.] I called Pete and he said that he talk [*sic*] to Chuck the day I talk [*sic*] to Chuck and he say [*sic*] that he told me that the sum of 28,000 to 30,000 was for Cal & Fl. I said that [*sic*] not what I unstood [*sic*]. He said he had a call on a bomping [*sic*] and he will call me tomorrow. He said "Wity" was waiting for Cal to call him. |
| 8/2/96 | Pete did not call & Chuck did not call |
| 8/3/4/96 | No calls |
| 8/5/96 | No calls |
| 8/6/96 | Called Pete and left massage [*sic*] for him to call me. |
| 8/6/96 | Called Chuck and left massage [*sic*] for him to call me |
| 8/6/96 | Called Mark and we talk [*sic*] about Cal & FL. He said it's time for me to get a [*sic*] atty. You have to look out for yourself. He said he will call me later. |
| 8/6/96 | 3:00 pm Called Pete and left massage [*sic*] for him to call me |
| 8/6/96 | Pete called and said that he was going to call "Whity" and see [entry continued on Patton 00082] what was going on. I told him about what Rick told Ruth Ann & my Pam[.] He said that she schould [*sic*] call Rick and tell him what was he going to do with the thing that were told to her. I told Pete about me talking to S.A. Jim Robertson and that if he wants to talk to me about Pete or Chuck I give him Pete's phone no's |
| 8/6/96 | I talk [*sic*] to Chuck and he said that Pete was doing all he can on the money thing. I asked him if Pete was bad [*sic*, should be "mad"] at me. He said he talks to Pete every day and Pete is not bad [*sic*, should be "mad"] at me. He said that he talked to Keith in Wash. and he did not have every thing for me. But he will look around. I told Chuck that I talk [*sic*] to Jim Robertson and I told him what was said. He said that he as [*sic*] not heard from Jim Robertson I told him that Jim said he will call Chuck on Mon. but Chuck said that he as [*sic*] not heard from him. I told Chuck that I giv [*sic*] Jim Robertson Pete [*sic*] phone no's. Chuck said I schould [*sic*] go into buss when I get the money. And then when they need me that [*sic*] can bring me in on case's [*sic*]. Said he will call me when he hears something. |
| 8/6/96 | I talk [*sic*] to Scotty in Cal and he said did I get my mony [*sic*] yet. I said no. He said that they drop [*sic*] Ori and he said that he talk [*sic*] to Lloyd |

and Lloyd was a sick man. The S.A. from N.J. are come [*sic*] out next week [entry continued on Patton 00083] to Lloyd & Pipes on Ori [*sic*] case. He said he saw Ori & The marsal [*sic*] coming out of Frank [*sic*]. He said the massal [*sic*] is no longer with the Marines Service. He said he will call me when he can. He said that Ori gave he [*sic*] a phony tape it was Ori talking only

8/7/96 No calls

8/8/9/10/11 No calls

8/12/96 9:40 am Called Pete and he said he did not hear from "Withy" and he will call him and call me back. He said the last time he talked to "Withy" he said he was waiting for Cal. to shit or get off the pot

8/12/96 Pete called and said that he talk [*sic*] to "Whity" and "Whity" said that he as [*sic*] not heard from Cal. Pete said that Parsons left Cal. at [*sic*] that Jim McNally was in the running for the job. He said tath [*sic*] Jim was a friend off [*sic*] his. He said that he will talk to Whity tommow [*sic*] and tell him what is goin [*sic*] on. I asked him if he heard from the S.A. in Chi and if the "supana" [*sic*] is still in frost [*sic*]. He said he will call him tommow [*sic*] and see what he ask [*sic*] to say. He said he was going to call me tommow [*sic*].

8/13/96 No calls

**PATTON 00084 – 85**

To give him the name & no. of Jim Robe and he would call him and call me back. I told him the sum is for 8/21/96. He said I will call you right back.

8/15/96 Chuck call [*sic*] me back and said he left [words cut off of page] for Jim Robertson to call him. I said I do [word cut off of page] the [*sic*] to come a [*sic*] arest [*sic*] me for not be [*sic*] there. He [word cut off of page] do not worry about that. He said he will call when he hears from Jim in Chi.

8/15/96 Chuck called and said that he as [*sic*] not heard [word cut off of page] Robertson. He said he will call me tomorrow.

ask have they case said he will call me later

8/15/96 Scotty called and said the [*sic*] Jimmy C. and [illegible] agian [*sic*] and Jimmy was aksgen [*sic*] Esu [word cut off of page] for 2000 and Ori was with him Ori did this [word cut off of page] was working with the "B" Jimmy told Scotty [word cut off of page] was taping him when they talk [word cut off of page]. He Jimmy said [word cut off of page] Ori was working with the "B" Scotty ask [*sic*] if I [word cut off of page] tapes Ori was on about the TV box. I said I will look a [word cut off of page]

8/16/96 Chuck called and told Ruth Ann that I do [word cut off of page] to go to Chi in Aug.

8/16/96 * Pete called and we talk [*sic*] about his morther [*sic*] in law [word cut off of page] said that he talk to "Whity" about the money and they talk [*sic*] about the 150 from FL. He said [word cut off of page] [entry continued on Patton 00085] "Whity" and the ass dir under "Espo" were [*sic*] go [*sic*] to talk to "Espo" on Monday and they were going to tell "Espo" about Cal not doing what they said they would do and tell "Espo" about the 150. We came to a [*sic*] agree [*sic*] to $75000 for everything and Pete said that was fare [*sic*] and he will call "Whity" & the ass. dir. under "Espo" and tell them what we agreed to and he would recommend that we get this done now. He said he will call me after he talks to them and let me know. I asked him if I was to [*sic*] low or to [*sic*] high he said that he thought it was fare [*sic*] and he was surprised that [*sic*] all I wanted Pete said that Chuck told him that I do not have to be in Chi on the [illegible].

8/17/18/96 No calls

8/19/96 No calls

8/20/96 Scotty called and said if I fond [*sic*] any of the tapes. I said all I have was dates of meetings with Ori. He said he found a tape that tells went [*sic*] Ori told us about the T.V. box. I asked him if they arested [*sic*] Ori yet and he said that they are try [*sic*] to make a bigger case on him.

8/21/96 Called Pete and left massage [*sic*] for him to call me. He was in but the S.A. said he was busy.

8/21/96 Pete did not return call.

8/22/96 No calls

**PATTON 00092**

Pete said he talk [*sic*] things over with Chuck and they both agreed that it schould [*sic*] be done today. I told him that no one called for a [*sic*] interview and he said that "Whity" stop [*sic*] it. But he thinks that it will happen. He thinks that "Espo" dose [*sic*] not know everything is not done yet. I told him that when I fine [*sic*] out when I hear I'm get [*sic*] the money I will go a [*sic*] fine [*sic*] a place to live and I will fine "Weeb". He said Frank Lach is back in jail some were [*sic*] in Kas. He asked me some names that Frank was working with at a car lot. But he did not know the right names.

9/10/96 Chuck or Pete did not call back

9/10/96 Scotty call and told be [*sic*] they talk [*sic*] to Pipes and he told them about the Ori T.V. cable robby [*sic*]. He asked me about the gun I bouth [*sic*] from Lenny who was the mat'd [*sic*] at Matti's. I told him we pay 300.00 for it at [*sic*] Lenny had more gun [*sic*] in is [*sic*] car. Scotty asked if it ~~was that wrack [*sic*] car he was driving I said yes.~~ He said that some S.A. went and talk [*sic*] to Ori and Ori said he had tapes on Scotty the [*sic*] could get him friyor [*sic*]. We talk [*sic*] about Mike and he said Mike is bad [*sic*] that I told about the contraband. He said he got marryed [*sic*] and is having a baby boy. He said that they are going to indict Ori in N.J. He said he will call be [*sic*] later.

I was wrong on the car it was a black Mercedes coupe.

**PATTON 00093 – 94**

| | |
|---|---|
| 9/11/96 | No calls from Chuck or Pete |
| 9/12/96 | 7:42 am Called "Espo" and left massage [*sic*] for him to call me |
| 9/12/96 | Called Pete left massage [*sic*] for him to call me |
| 9/12/96 | Called Chuck and left massage [*sic*] for him to call me |
| 9/12/96 | Chuck call [*sic*] me back and said he did not know anything he ash [*sic*] not talk [*sic*] to Pete. He said Pete saw [*sic*] in Erie PA and for me to call "Espo" and as [*sic*] him what is going on. He said if he hear [*sic*] anything he will call me. He said we will fine out what was going on with AMW and see who abopat [*sic*] it. |
| 9/12/96 | No calls from Bob-Pete-Espo |
| 9/13/96 | Talk to Bob – no calls from Pete or "Espo" |
| 9/14/15/96 | No calls |
| 9/16/96 | Scotty called about Lenny who sold me the gun at Mattis for $300.00 he said that Lenny told the LAPD the gun was stolen about a mo. after he sold it to me. He said they [entry continued on Patton 00094] were going out to talk to him. I told him about the car that Lenny had that night he said that I said it was a black mers. coup [*sic*] in the report. I said he was right after I look [*sic*] at the report. He said he will let me know what Lenny says after they talk to him. He said he sent all the paper work [*sic*] on Ori to N.J. and is waiting for the indiment [*sic*] to come down. He said Vic got a tape with a guy on it talking about the bank robby [*sic*] and he told Vic he as [*sic*] to get more add. or phone no. Scotty said he will call me later. He said it is a shame what the "B" is doing to me. And he not happy with the "B." I told Scotty about all the guns Lenny had in the car. |
| 9/16/96 | No calls from "Pete or Espo" |
| 9/17/96 | 8:02 am Called Pete and left massage [*sic*] to call me |
| 9/17/96 | Called Chuck and he said that he talk [*sic*] to Pete in the morning and Pete said that he was going to call me today. Chuck said that he as [*sic*] not heard endething [*sic*]. I told him about Cal. call [*sic*] me and what is go [*sic*] on out there. He said Cal as [*sic*] not send [*sic*] anything to Wash. I said there [*sic*] schould [*sic*] talk to Scotty. He said he was busy this week with a lot of cases and he will talk to be [*sic*] later. He said just hang in there and something will get done. |

**PATTON 00100 (ENTRY DATED 9/24/96, 2:30 PM)**

[Clyde Merryman] said he has heard nothing but good things about me & he has worked with many CW's & he believes that they should be treated fairly & we should stand by our word. "This settlement is strictly California & not Florida." He said that he was told by someone in California that I was told that the contract was null & void as of the day I left. I said that is not true & he said I know that. I have the contract in front of me & it is supposed to be terminated in writing. He said that I should be happy with this settlement. He said it was nice talking to me & Pete would be getting in touch with me.

I told him about the storage being signed over to Richard Kelly & if he has any questions re that he could ask Chuck Goodwin about the time that Rick Leahy told us that he paid the warehouse $1000 or $1100 & put his own lock on it & whenever I got settled he would get the stuff to me. I told him that I was promised & my wife was told that when this was over we would get $150,000 for the work I had done[.]

**PATTON 00101**

9/24/96 John called and we talk [*sic*] about the things going on in MD. He said the Gov. was in NY at a party and then brouth [*sic*] down soon [*sic*] contractors for N.Y. I ask [*sic*] him some names and he said that they were the co.'s. He said he could use me up there but he does not what [*sic*] anything to do with all the bullshit it takes. He told me about the Bingo World thing & the new owner was indicted. We talk [*sic*] about that and other things

9/24/96 I beep [*sic*] Scotty and he called me back 2 times I told him I told a guy in Wash about the good things he & I did in Cal. He said the baby is do [*sic*] soon. He said that they need a new boss in the office because nothing is being done. He said that Andy as [*sic*] been off for a few week [*sic*]. He said that Mike is the same and he does not see him that much. He said nothing as [*sic*] been done with Ori yet. And they call [*sic*] Lenny and told him that they found his gun in a drug raid and he was going to come in but never did. He said he will call me late[r.]

9/25/96 Chuck called and ask [*sic*] me if anyone call [*sic*] me and I said Clyde call [*sic*] and said he was calling for Pete because Pete was busy. I told him what Clyde said and ask [*sic*] him if he knew a [*sic*] much I was going to get and he said no. He said that I have to start looking for some thing [*sic*] to get into. I said that's what I want to do. [Entry continued on Patton 000102.] I said it is no [*sic*] easy for someone like me with my background to get a job. He side [*sic*] you can tell a boss that he can call him for a res. I said that is not that easy. He said he know some guy's [*sic*] in Jack, FL. that he could call. I said I'll look at FL. & N.O. He said that he knew a few guy [*sic*] in N.O. We talked about jops [*sic*, should be "jobs"] and some things. He said he will see "Espo" next week and try to talk to him.

**<u>PATTON 000109 (ENTRY BEGINS ON PATTON 000108)</u>**

10/3/96 I called Chuck told him that I talked to Esposito on Tuesday & that you (Chuck) picked him up at the airport. Chuck said he called & told Detroit that he would pick Esposito up because he knew him. He said the only reason he wanted to pick him up was to discuss my problem. He said that Esposito is on our side & will get it taken care of but he doesn't know when. I said I cannot go on any longer like this. I either have to get an attorney or go to the "OPR" & let the chips fall where they may. He said I don't think you have to do that because Esposito said he <u>will</u> get this done but he (Chuck) doesn't know when. I said "we will see. I cannot go on like this forever." We talked about the Prime Time Live show (Leonetti) & he said the SAC was way out of line by the remarks that he made. He said at least the other 2 agents stuck up for the guy. We talked about the apartment money that John [entry continued on Patton 000109] Huntley took out of my money & he said if he had still been in that office he would have fought that. We discussed John Huntley turning down the operation we wanted to open with the poker machine games. Chock [*sic*] [said] that Huntley did not want any operations that would concern a group, because there was too much work innolved [*sic*]. I told him that I told Esposito that someone should train agents young & older that whatever they tell CW's or informant [*sic*] or cooperatives they should stand by their word. He agreed with me & so did Chuck. Chuck said he is going to Cleveland for 2 weeks & if I need him I can contact him there. I told Chuck that Esposito said he would call Whitey & tell him he wants this done by Friday & that I have not heard from Esposito since. Chuck said if Esposito wants it done by Friday it should be done by then. I said if you hear anything would you please call & let me know. He asked if I had talked to Pete today. I said "no" I had talked to him last night. He (Pete) said he was going to call Whitey & if he didn't get him he would call Esposito & get back to me today.