**PATTON 000115 (ENTRY BEGINS ON PATTON 000114)**

10/9/96 Pete called & said that he talked to Prillamen & an agent in the undercover unit. They said that Whitey was out of town because his mother was sick & they said he might be back tomorrow but they weren't sure. They said to Pete that when Whitey got back they would all lock themselves in a room & get this thing done from California (re: contract & lump sum). He said they were going to have a legal advisor look at everything & make decision on what they are going to do. He told them that they were supposed to get in touch with me last Thursday or Friday & I have not heard from them yet. They said they were sorry they did not call me & advise me that Whitey was out of town & for him to apologize to me for that inconsideration. Pete told them that if we don't get this done soon the only other thing is that he (me) would have to get an attorney [entry continued on Patton 000115] & that is not what he wants to do. He told them that I don't need the publicity & they don't need the publicity that would come of this. Pete said that Mike has been telling them that he orally told me the contract was null & void & I said that was a lie because Mike told me that if he released me from the contract it would take 6 to 8 months before Texas would be able to get a new contract & he said that since this contract is still in force all Texas would have to do is pick it up. I said to Mike at the time that what they did in Annapolis was release me from the contract & gave me a lump sum at the same time. Mike said that's why it took us so long to get the contract in California. He said he felt that it was easier for them just to pick up this contract & he would put in for the lump sum immediately. I told Pete that when I went to Baltimore they just kept the same contract that I signed in Miami. There were no changes made in the contract changing the contract agent or anything else. They just went with the same contract. Pete said then you have had only 2 contracts since you came over & you have worked in 3 different areas. I said yes. Pete said he will call me tomorrow before he leaves [entry continued on Patton 000116] for Erie about 3:30

**PATTON 000118 (ENTRY BEGINS ON PATTON 000117)**

| | |
|---|---|
| 10/18/96<br>4:55 pm | Pete called & said that he tried to call Prill. who was gone & Whitey who was also gone. He said the secretaries wanted to put the messages on voice mail but he said "no" he [entry continued on Patton 000118] wanted the messages written down & he wants to hear from them on Monday morning & they know what this is about. He said he will be in the office all day Monday & he will get answers from Whitey, Prillamen, Esposito & if he has to he will go to the director, Freeh. He said he wants this thing taken care of by Monday & he wants them to call me & let me know what is going on. He said if he cannot get the answers he wants by Monday he is going to his SAC & put it in writing & send it directly to the director – all of the things that have been said & promised. I said "do you have an attorney who could go over this contract & he said I don't have to have an attorney go over it. I know the contract is in force until it is done in writing. California said they gave you a verbal but that means nothing. You are in the driver's seat because you have had a contract before & they know how things are supposed to be done. He said that it has been 2 weeks since he talked to Prillamen & they were going to have a legal advisor look at the contract & here it is the 18th & we have not heard from anyone. [Entry continued on Patton 000119.] He said he talked to Chuck & he agrees with us on everything & does not understand why this has not been done yet. Chuck told Pete that he heard from someone in D.C. that Freeh was coming in between 9:00 & 10:00 & leaving at 3:00 & nothing is being done. Pete said that he is going to tell them that if something isn't done Monday he will advise me to get an attorney. Pete said that he will call me by 12:00 Monday & tell me what he has heard. I said "why don't we have a three-way conversation" & he said that might be a good idea & Pete said someone had better get a hold of you & explain things because they are making me look like a fool. I told Pete that I called Merryman & Esposito & left a message for them to call me but I have not heard from them. He said that is not like Esposito but he will find out on Monday. |

**PATTON 000120 (ENTRY BEGINS ON PATTON 000119)**

10/21/96 John called & asked if anything had been done yet. I told him no. He said he couldn't believe it. He said why don't you call Tim [entry continued on Patton 000120] McNally because he is in L.A. now. I said I didn't know him that well for me to call him. I said you are a personal friend of his why don't you give him a call. He said he might do that. I told John that McNally had friends in LA & he said "yeah, that guy that was with you in Baltimore is a friend of his (Andy).["] I read the duration of the contract to him & he said they have to abide by that contract. I told him what Mike told me & he said he could be right if he knew for sure Dallas was picking up the contract & I said that was what Annapolis did. They picked up the contract from Florida but when we were finished here we gave a release of contract & a lump sum. That is the way it is supposed to be done! He said that he knows people in the legal division in D.C. & some other people in the undercover unit but he would not want to call them until he talks to Pete & I gave him Pete's 2 phone numbers. He said he would call Pete immediately & if he can be of any help to Pete he would be willing to do it. We talked a little bit about the Florida thing (storage) & he said I thought you had a final figure on that. I said we [entry continued on Patton 000121] did & it was supposed to be settled by July 31st & nothing has been done yet. He said "I just don't believe all this." He said he will call me after he talks to Pete.

**PATTON 000122 (ENTRY BEGINS ON PATTON 000121)**

| | |
|---|---|
| 10/23/96<br>9:35 | I called Pete. He said he got a large package from Whitey yesterday & in the package was all the stuff that they are giving to the legal department, even my contract. He said he talked to them (Whitey) after he got the package & they all agree that I am owed, but it is up to the legal department to make the final decision. Their recommendations [*sic*] [entry continued on Patton 000122] to the legal department was to settle with me. Someone is supposed to call him at 10:30 this a.m. & let him know what is going on & he said that we will probably get a call & they will interview me & Ruth Ann. He told them that he is tired of telling me things & nothing happens so he wants one of them to call me & explain everything. He thinks that this thing should be finished in a few days, one way or another. He said he does not know if the legal department will think that a verbal is good enough to end a contract but he doesn't see how they can make that decision because it is right here in writing. He said Esposito pulled his papers not to leave the FBI. "He is staying on" is what Pete heard from the people he was talking to in D.C. He said he was going to call Esposito because this is a good excuse to call him. Then he will bring up our problem. Pete doesn't think Esposito is being told everything about our thing. He has not heard from John & he has not called him because he feels if he (John) called me & I gave him Pete's nos. John should call him if he wants to help. I asked him if he [entry continued on Patton 000123] talked to anyone about the Quantico thing "that I would go down there & teach." He said he talked it over with Whitey & Prillamen & other unnamed people & they all agreed that it would be a great idea. I said do you think this will be done in a few days & he said he doesn't believe anything this outfit does until it is done. He said he will call me in about an hour after he talks to them because if they don't call him, he will call them. |

**PATTON 000125 – 126**

| | |
|---|---|
| 10/23/96 | I called John & he said "let me call you right back." John called back (after several minutes). He said he had talked to Pete & I said you must have just spoken to him because I had just finished talking to Pete & he said he had not heard from you. John said "how do you know I just talked to him & I said I could tell by his voice. John told me that Pete told him that everything is going okay & that Pete hopes this thing will be finished soon. I asked John if he knew anybody in the legal department or the contract office & he said he knew someone in the legal department & he would probably see him this evening & see what's going on. He said he will call me on Friday & let me know what was said. |
| 10/24/96 3:30 pm | Called Pete and told him no one called. He said that he talk [*sic*] to "Wity" at 11:30 am and "Whity" said he talk [*sic*] to the contact S.A. and he thought they would have call [*sic*] me today. He said he was going to call Wash. and call me right back. |
| 10/24/96 4:24 pm | Clyde Merryman called me & said that he has talked to a contract agent named Jack Cordis (?) & he thought he would have called [entry continued on Patton 000126] me by now & what their plan is to do is fax a claim report to Dallas & I will fill it out & either have Dallas fax it back to them or if they need a hard copy I would have to mail it back to them. He said he will see Jack in the am & have him (Jack) or both of them will call me. Whitey said he gave Cordis my phone # this am. * |
| 10/24/96 4:31 pm | Called Pete and left massage [*sic*] for him to call me I said that "Whity" called and I do not undersend [*sic*] what this [word scratched out] claim form report. |
| * | Whitey again said this agreement is for California only. |
| 10/24/96 | Pete did not call back. |
| 10/24/96 | Call [*sic*] Chuck and left massage [*sic*] for him to call me Chuck was in Det. |
| 10/25/96 | Called Pete and he was not in a S.A. said is this Tommy I said yes he said Pete said he will call me later. |
| 10/25/96 | Called Chuck and left massage [*sic*] for him to call me |

**PATTON 000134 (FIRST ENTRY BEGINS ON PATTON 000133)**

| | |
|---|---|
| 11/1/95 [*sic*] | Whitey called & said he understood that I agreed & I said yes but I guess that is the only thing I could do & he admitted that California made a big mistake but who is to know if you would have gotten this much of a lump sum. Maybe if you went another route you might get more but who knows how long that could take. I told him that I still want to stay friends with the Bureau & I would still be open to working with them. I mentioned New Orleans & he said that might be a good place for you. He said he will go upstairs because Prillamen leaves early on Friday & he wants to get this done & he will find out exactly when I will receive my money[.] After he finds out he will call Pete & me & give us a date. He said they were trying to put [entry continued on Patton 000134] |
| 11/1/96 (con't) | all things together but he stepped in & said let's get this done first & then go on with the Florida thing. He said I have to pat myself on the back for that because you never know how long that would take. |
| 11/1/96 | Chuck called & said he talked to Pete & Pete told him what the offer was. Chuck said he had to agree with me & Pete that my back was to the wall & not much else could be done unless I wanted to sue them. He said that he talked to a woman in Quantico, a friend of his, & told he [*sic*] about me & him going down there & instructing young & older agents how they should treat CI's & CW's & to stand by their word when they are working with them. He & the woman thought it would be a good idea. He said by my accepting this offer I am staying in good graces with the Bureau. He said he will call me the first of the week & see what is going on. |
| 11/1/96 | Pete called & asked if I had talked to Whitey & I said no. He said he had called Whitey's office 5 times & has not gotten a call back from him. The last time he talked to Whitey's secretary she said he had just left the building [entry continued on Patton 000135] Pete said he put in 2 calls to Prillamen & Prillamen finally called him back. Pete said he told Prillamen about Wacks, Marshall & Leahy in Florida. Prillamen said he knew nothing about what Pete was talking about & Pete said he didn't think he did & asked Prillamen when this was going to be settled & Prillamen said he would get right on it Monday a.m. & get it taken care of ASAP. He said he would try to get hold of Whitey & Prillamen on Monday to get an exact date on when the money would be in my hands. We talked about what he was going to do when he retired. He said he would call me Monday & let me know what he found out. Pete brought up the possibility of him calling SAC's he knew around the country to see about work for me & he told Prillamen that he was going to do that. |

**PATTON 000136 (FIRST ENTRY BEGINS ON PATTON 000135)**

11/6/96 Pet [*sic*] called me back and siad [*sic*] that he beep [*sic*] "Whity" then he but [*sic*] me on hold and he said that "Whity" was go [*sic*] to get the U.C. SA. and they [illegible] & UC SA would [entry continued on Patton 000136] call Pet [*sic*] back and Pete would call me when they call him back in 5 min. I have not heard from Pete today.

11/6/97 [*sic*] John call [*sic*] and said that the CW in Tampa went bad. He said the CW was not paid what the S.A. in Tampa promised and the CW would not [word scratched out] testify. I said I told the guy in Tampa to watch the guy. John said he remembers me telling Marty that they schould [*sic*] watch him

11/7/97 [*sic*] Pete call and said that he talked to "Whity" and "Whity" told him that everything was sent to Dallas and I schould [*sic*] be getting a call from Larry Sandi [*sic*]. He said that he told Whity that he whats [*sic*] to know when I am to have the money in my hand. "Whity" said that he will let him know. I told Pete about what John sida [*sic*] about the case in Tampa and he said that's hapened [*sic*] all over. He said he will call me later and see what I heard or what he heard.

11/8/9/10/11/97 [*sic*] No calls

11/12/97 [*sic*] 8:30 am I called Pete and he ask [*sic*] me if I heard from anyone. I said no. He said let me call you back.

10:00 am Pete called and said that he but [*sic*] in for a call to the UC S.A. and see what is going on. He said that he [entry continued on Patton 000137] will call me later today and see what is going on.

**PATTON 000147**

7/10/97 "Whithy" called and said that Pete told him to call me. He said he was not going to handle this prom. that someone eles [*sic*] will be doing it. He said he talk [*sic*] to John D. & Chuck G. I asked him what Chuck said and he said Chuck told him that Rick told us when we were in FL. that Rick paid the storage. That [*sic*] what he remembers. He did not tell me what John said. He did say that Pat had a [*sic*] arument [*sic*] with the [illegible] at the storage and I said that was a lie. He said he was going up to see a supervisor and talk about this. He said he will call me later today and let me know what or who was going to take care of this. He said Espo. said he whats [*sic*] me to be [illegible] freelee [*sic*]. He said that when a C.W. is moved to a new location that office takes over everything. I said why was I not told that or the S.A. that was the SA I reported to told that and the office get paper telling them that. I have never seen any paperwork regarding that.

7/10/97 "Whithy" did not call me back and no one eles [*sic*] called me

7/11/97 No calls from ennyone [*sic*] in Wash. Pete did not call.

**PATTON 000150 – 151**

| | |
|---|---|
| 7/23/97<br>6:44 pm | I called Pete and he said for me to call "Espo" tomorrow morning at 7:30 am I [*sic*] tell him what was going on. He give me "Espo" desk phone no. 202-324-3315 and Pete told me to tell him that you can't wait any loner [*sic*]. He said for me to call him around 11:30 or 12:00 he [*sic*] time. |
| 7/24/97<br>6:30 am | Called "Espo" at 202-324-3315 no. and. |
| 6:45 am | " " " " " " " " |
| 7:00 am | " " " " " " " " |
| | I talk to "Bill Espo" and told him what was going on I told him I talk [*sic*] to "Whithy" on 7/16/97 and give [*sic*] him a [*sic*] amount of $75,000. And he said he will call me back later that day. And I have not heard from him. Bill said that he will talk to "Whithy" boss and get this taken care of today. I told him that "Whithy" said there was no more work for me and I told Bill I will do anything the FBI wants be [*sic*] to do. I told him that there is [*sic*] a lot of drugs & [illegible] from N.O. in this area. And if DeSarno need [*sic*] me, I am willing to help him. He said he will look into this himself and someone will get back to me today. He said he [entry continued on Patton 000151] wants this thing done today. We talk [*sic*] little about the Cunanan thing & I told him that I told "Whithy" that they should look in Ft. Laud. because he will be laying low for a while. He thanked me for giving "Whithy" that information. He asked me for my home phone no and I give [*sic*] it to him. |
| 7/24/97<br>10:55 am | Called Pete and Pete said he will call me righ [*sic*] back. Pete call [*sic*] me back and I told him what was side [*sic*] with "Espo" He said if "Espo" does what he told you in [*sic*] can be done in 10 mi. He said when they call me for me to call him after I talk to whoever. He said now we will see "Espo" real colors. |
| 7/24/97 | No calls from anyone in Wash. |
| 7/25/95 [*sic*] | No calls from anyone in Wash. |
| 7/28/95 [*sic*] | Called Pete and left massage [*sic*] for him to call me |
| 7/28/95 [*sic*]<br>1:45 pm | Pete called as [*sic*] said I bet you have not heard from anyone. I said your [*sic*] right. He said if I do not hear from endyone [*sic*] by Wed mording [*sic*] he will call me at 10:00 am and then call "Espo" |

**PATTON 000152**

| | |
|---|---|
| 7/29/97<br>3:05 pm | "Whity" call [*sic*] and said that he as [*sic*] had meets [*sic*] with the people above him and they had 2 meets [*sic*] and they are waiting for one top official for them to sit down with. I told him I talk [*sic*] to "Espo" and he said I'm glad you told me that because I can tell my boss and the other upper eclelon [*sic*] that. We talk about the Miami thing "Cunanan" and he said that he call [*sic*] down there and told them that it schould [*sic*] be but [*sic*] in my file. He said he get [*sic*] back a massage [*sic*] from Mami [*sic*] that it was but [*sic*] in the file. He said he called Pete and let [*sic*] a massage [*sic*] for Pete to call him. I said I talk [*sic*] to Pete last night. He said he will try to get this done as soon as he can. He will call me soon. We talk [*sic*] about N.O. and he said he knew a [*sic*] S.A. there that mine [*sic*] hepl [*sic*] us in get there. But we have to wait till this is over frise [*sic*]. |
| 7/30/97<br>9:00 am | Pete called and said that he get [*sic*] a massage [*sic*] from "Whithy". He said he try [*sic*] to call him last nite [*sic*] but he was gone. He try [*sic*] to call him today and he was on the phone. He asked me if I heard from anyone and I said "Whithy" called and I tolded [*sic*] Pete what was said. He said he will try to get "Whithy" today and will call me back at 5:00 p.m. tonight and let me know what is going on. |

**PATTON 000154**

11:00 pm bar "98"

7/31/97 4:55 pm "Whithy" called and said he will be here Fri 8/1/97 at 11:00 am and some S.A. will be hear [*sic*] at 12:00[.] He said he will call me when he lands.

8/1/97 "Whithy" called and said for me to meet him at the Pirates Bay Condo's [*sic*]. He give [*sic*] me the add. and phone no. 664-9347[.] He said his room was 404. I drove to the condo's [*sic*] and meet with S.S.A. Clyde W. Merryman & SA Stephen Morris. We talk [*sic*] about the storage thing & the 150,000 that Rick & Irby told me I will get when this thing was over in Miami. We talk [*sic*] about Bal, S.D., Cal, Dallas, we talk about Don Webb & my books[.] I give them the report that the gov wrote for the court.

8/2/97 I took Pam & Ruth Ann to talk to Clyde Merryman & Stephen at the same condo that I was at on 8/1/97[.] They talked to Pam frist [*sic*] for about 1½ hr then they talked to Ruth Ann for about the same time[.] I was not in the room when they talked to Pam or Ruth Ann. After they talk [*sic*] to them I talk [*sic*] to them for a little while. I give "Whithy" Bob's name-phone and ex. and told him I would not talk [*sic*] for [*sic*] anyon [*sic*] eles [*sic*].

[Date scratched out.]

8/3/97 I called Pete and left a massage for him to call me. Pete called me back and I told him what went on with Clyde & Stephen Morris. He said he will call them on Mon 8/4/97 and call me and let me know what was said[.]

**PATTON 000155**

| | |
|---|---|
| 8/4/5/97 | No calls |
| 8/6/97 | I called Pete and we talk [*sic*] about what "Whity" and he [*sic*] talk [*sic*] about. "Bob-Rick-Chuck-John-Irby" |
| 8/7/97<br>8:45 am | "Whithy" called and asked me about when Rick told me I was going to get the money from Miami and I told him. He asked if that money was for Miami or all the work I would do for the F.B.I. |
| 8/7/97 | "Whithy" called and ask [*sic*] were [*sic*] was I when Chuck & I were told about the storage. I said I was in Bal. and Chuck and I went down there. |
| 8/7/97 | "Whithy" called and ask [*sic*] me when and the years the pictoure's [*sic*] were taked [*sic*] on Don Webb and I told him 85-87 to the bast [*sic*] of my recall there were pictures we [*sic*] us on my boat & at party's [*sic*]. |
| 8/7/97 | Pete called and said that "Whithy" said I did not give him the address of Bob. I told Pete that I give [*sic*] him the address phone & ex. and told him to talk to Bob that I was not going to talk for someone eles [*sic*]. |
| 8/7/97 | Whithy call [*sic*] and asked was Bob presten [*sic*] when Rick talk [*sic*] about the 150,000[.] I said to the best of my recall yes." Do I know were [*sic*] I said no I do not retrember [*sic*] were [*sic*]. I said Pete said that I did not give "Whithy" the name & phone no. to "Whithy" & Whithy said he did have it[.] |

**PATTON 219**

Ray Lubrano 1/20/97 Cantina

John called me and asked if I would go to see if I could see if Ray Lubrano would remember me. I went to the Cantina at 9:45 p.m. Ray was there and to [*sic*] males 30's 1 male about 50's name [*sic*] Pauly & male #2 name [*sic*] Joey. When I walk [*sic*] in Ray said hi. I have not seen you in a long time. I said I was not doing much and I was on my way to NY to see some guys. I asked him how everything was going and he said good. He intossed [*sic*] me to 2 males Pauly & Joey by name as Tommy. We talk [*sic*] about nothing just talk. I had 2 glasses of H. wine and I left at 10:35 I told Ray I will stop by when I come back Tue. He said good see you then.

"The two males I define were Spanish."