**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| THOMAS PATTON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No.-01-161C<br>(Judge Miller) |

**NOTICE OF FILING AGREED-UPON TRANSCRIPTIONS**

COMES NOW the Plaintiff, by and through counsel, and in accordance with the Court's Orders of September 29, 2005 and October 5, 2006, hereby files this Notice of Filing Agreed-Upon Transcriptions, attached hereto as Exhibits A and B. Specifically, the transcriptions attached as Exhibit A are those pages that were cited by the Plaintiff in Plaintiff's Amended Proposed Findings of Fact and Conclusions of Law filed with the Court on October 5, 2006, and the transcriptions attached as Exhibit B are those pages that were cited by the Defendant in Defendant's Amended Proposed Findings of Fact and Conclusions of Law filed with the Court on October 4, 2006. The attached transcriptions have been agreed to by both parties, with the following corrections:

1. In Exhibit B, on the page marked Patton 00076, in the left margin of the entry dated 7/18/96, there should be three large "X" marks which were included in Mr. Patton's handwritten notes.
2. In Exhibit B, on the page marked Patton 00088, "Joe" should be replaced with "me" in the first line next to the entry dated 8/28/96, so that the sentence reads

"Chuck called and said that some S.A. were to come and talk to **me** in Dallas." (emphasis added).

3. In Exhibit B, on the page marked Patton 000130, "told" should be inserted between "who" and "them" in the fifth line from the top, so that the fifth line reads "you don't get paid. I told them that I know who **told** them because they mentioned there is" (emphasis added).

4. In Exhibit B, on the page marked Patton 000138 in the entry dated 5/28/97 at 9:51 am, "threat" should be inserted into the third line from the top of the entry so that the line reads "they don't take it as a **threat**. He said he had a meet to go to and I [illegible]" (emphasis added).

Dated: October 13, 2006

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202.463.1818
Facsimile: 202.463.2999

By: *\/s/ Richard D. Heideman*
Richard D. Heideman

Counsel for the Plaintiff