**PATTON 000120 (ENTRY BEGINS ON PATTON 000119)**

10/21/96 John called & asked if anything had been done yet. I told him no. He said he couldn't believe it. He said why don't you call Tim [entry continued on Patton 000120] McNally because he is in L.A. now. I said I didn't know him that well for me to call him. I said you are a personal friend of his why don't you give him a call. He said he might do that. I told John that McNally had friends in LA & he said "yeah, that guy that was with you in Baltimore is a friend of his (Andy).["] I read the duration of the contract to him & he said they have to abide by that contract. I told him what Mike told me & he said he could be right if he knew for sure Dallas was picking up the contract & I said that was what Annapolis did. They picked up the contract from Florida but when we were finished here we gave a release of contract & a lump sum. That is the way it is supposed to be done! He said that he knows people in the legal division in D.C. & some other people in the undercover unit but he would not want to call them until he talks to Pete & I gave him Pete's 2 phone numbers. He said he would call Pete immediately & if he can be of any help to Pete he would be willing to do it. We talked a little bit about the Florida thing (storage) & he said I thought you had a final figure on that. I said we [entry continued on Patton 000121] did & it was supposed to be settled by July 31st & nothing has been done yet. He said "I just don't believe all this." He said he will call me after he talks to Pete.

**PATTON 000122 (ENTRY BEGINS ON PATTON 000121)**

10/23/96
9:35

I called Pete. He said he got a large package from Whitey yesterday & in the package was all the stuff that they are giving to the legal department, even my contract. He said he talked to them (Whitey) after he got the package & they all agree that I am owed, but it is up to the legal department to make the final decision. Their recommendations [*sic*] [entry continued on Patton 000122] to the legal department was to settle with me. Someone is supposed to call him at 10:30 this a.m. & let him know what is going on & he said that we will probably get a call & they will interview me & Ruth Ann. He told them that he is tired of telling me things & nothing happens so he wants one of them to call me & explain everything. He thinks that this thing should be finished in a few days, one way or another. He said he does not know if the legal department will think that a verbal is good enough to end a contract but he doesn't see how they can make that decision because it is right here in writing. He said Esposito pulled his papers not to leave the FBI. "He is staying on" is what Pete heard from the people he was talking to in D.C. He said he was going to call Esposito because this is a good excuse to call him. Then he will bring up our problem. Pete doesn't think Esposito is being told everything about our thing. He has not heard from John & he has not called him because he feels if he (John) called me & I gave him Pete's nos. John should call him if he wants to help. I asked him if he [entry continued on Patton 000123] talked to anyone about the Quantico thing "that I would go down there & teach." He said he talked it over with Whitey & Prillamen & other unnamed people & they all agreed that it would be a great idea. I said do you think this will be done in a few days & he said he doesn't believe anything this outfit does until it is done. He said he will call me in about an hour after he talks to them because if they don't call him, he will call them.

**PATTON 000125 – 126**

| | |
|---|---|
| 10/23/96 | I called John & he said "let me call you right back." John called back (after several minutes). He said he had talked to Pete & I said you must have just spoken to him because I had just finished talking to Pete & he said he had not heard from you. John said "how do you know I just talked to him & I said I could tell by his voice. John told me that Pete told him that everything is going okay & that Pete hopes this thing will be finished soon. I asked John if he knew anybody in the legal department or the contract office & he said he knew someone in the legal department & he would probably see him this evening & see what's going on. He said he will call me on Friday & let me know what was said. |
| 10/24/96 3:30 pm | Called Pete and told him no one called. He said that he talk [*sic*] to "Wity" at 11:30 am and "Whity" said he talk [*sic*] to the contact S.A. and he thought they would have call [*sic*] me today. He said he was going to call Wash. and call me right back. |
| 10/24/96 4:24 pm | Clyde Merryman called me & said that he has talked to a contract agent named Jack Cordis (?) & he thought he would have called [entry continued on Patton 000126] me by now & what their plan is to do is fax a claim report to Dallas & I will fill it out & either have Dallas fax it back to them or if they need a hard copy I would have to mail it back to them. He said he will see Jack in the am & have him (Jack) or both of them will call me. Whitey said he gave Cordis my phone # this am. * |
| 10/24/96 4:31 pm | Called Pete and left massage [*sic*] for him to call me I said that "Whity" called and I do not undersend [*sic*] what this [word scratched out] claim form report. |
| * | Whitey again said this agreement is for California only. |
| 10/24/96 | Pete did not call back. |
| 10/24/96 | Call [*sic*] Chuck and left massage [*sic*] for him to call me Chuck was in Det. |
| 10/25/96 | Called Pete and he was not in a S.A. said is this Tommy I said yes he said Pete said he will call me later. |
| 10/25/96 | Called Chuck and left massage [*sic*] for him to call me |

**PATTON 000134 (FIRST ENTRY BEGINS ON PATTON 000133)**

| | |
|---|---|
| 11/1/95 [*sic*] | Whitey called & said he understood that I agreed & I said yes but I guess that is the only thing I could do & he admitted that California made a big mistake but who is to know if you would have gotten this much of a lump sum. Maybe if you went another route you might get more but who knows how long that could take. I told him that I still want to stay friends with the Bureau & I would still be open to working with them. I mentioned New Orleans & he said that might be a good place for you. He said he will go upstairs because Prillamen leaves early on Friday & he wants to get this done & he will find out exactly when I will receive my money[.] After he finds out he will call Pete & me & give us a date. He said they were trying to put [entry continued on Patton 000134] |
| 11/1/96 (con't) | all things together but he stepped in & said let's get this done first & then go on with the Florida thing. He said I have to pat myself on the back for that because you never know how long that would take. |
| 11/1/96 | Chuck called & said he talked to Pete & Pete told him what the offer was. Chuck said he had to agree with me & Pete that my back was to the wall & not much else could be done unless I wanted to sue them. He said that he talked to a woman in Quantico, a friend of his, & told he [*sic*] about me & him going down there & instructing young & older agents how they should treat CI's & CW's & to stand by their word when they are working with them. He & the woman thought it would be a good idea. He said by my accepting this offer I am staying in good graces with the Bureau. He said he will call me the first of the week & see what is going on. |
| 11/1/96 | Pete called & asked if I had talked to Whitey & I said no. He said he had called Whitey's office 5 times & has not gotten a call back from him. The last time he talked to Whitey's secretary she said he had just left the building [entry continued on Patton 000135] Pete said he put in 2 calls to Prillamen & Prillamen finally called him back. Pete said he told Prillamen about Wacks, Marshall & Leahy in Florida. Prillamen said he knew nothing about what Pete was talking about & Pete said he didn't think he did & asked Prillamen when this was going to be settled & Prillamen said he would get right on it Monday a.m. & get it taken care of ASAP. He said he would try to get hold of Whitey & Prillamen on Monday to get an exact date on when the money would be in my hands. We talked about what he was going to do when he retired. He said he would call me Monday & let me know what he found out. Pete brought up the possibility of him calling SAC's he knew around the country to see about work for me & he told Prillamen that he was going to do that. |

**PATTON 000136 (FIRST ENTRY BEGINS ON PATTON 000135)**

11/6/96 Pet [*sic*] called me back and siad [*sic*] that he beep [*sic*] "Whity" then he but [*sic*] me on hold and he said that "Whity" was go [*sic*] to get the U.C. SA. and they [illegible] & UC SA would [entry continued on Patton 000136] call Pet [*sic*] back and Pete would call me when they call him back in 5 min. I have not heard from Pete today.

11/6/97 [*sic*] John call [*sic*] and said that the CW in Tampa went bad. He said the CW was not paid what the S.A. in Tampa promised and the CW would not [word scratched out] testify. I said I told the guy in Tampa to watch the guy. John said he remembers me telling Marty that they schould [*sic*] watch him

11/7/97 [*sic*] Pete call and said that he talked to "Whity" and "Whity" told him that everything was sent to Dallas and I schould [*sic*] be getting a call from Larry Sandi [*sic*]. He said that he told Whity that he whats [*sic*] to know when I am to have the money in my hand. "Whity" said that he will let him know. I told Pete about what John sida [*sic*] about the case in Tampa and he said that's hapened [*sic*] all over. He said he will call me later and see what I heard or what he heard.

11/8/9/10/11/97 [*sic*] No calls

11/12/97 [*sic*] 8:30 am I called Pete and he ask [*sic*] me if I heard from anyone. I said no. He said let me call you back.

10:00 am Pete called and said that he but [*sic*] in for a call to the UC S.A. and see what is going on. He said that he [entry continued on Patton 000137] will call me later today and see what is going on.

**PATTON 000147**

7/10/97 "Whithy" called and said that Pete told him to call me. He said he was not going to handle this prom. that someone eles [*sic*] will be doing it. He said he talk [*sic*] to John D. & Chuck G. I asked him what Chuck said and he said Chuck told him that Rick told us when we were in FL. that Rick paid the storage. That [*sic*] what he remembers. He did not tell me what John said. He did say that Pat had a [*sic*] arument [*sic*] with the [illegible] at the storage and I said that was a lie. He said he was going up to see a supervisor and talk about this. He said he will call me later today and let me know what or who was going to take care of this. He said Espo. said he whats [*sic*] me to be [illegible] freelee [*sic*]. He said that when a C.W. is moved to a new location that office takes over everything. I said why was I not told that or the S.A. that was the SA I reported to told that and the office get paper telling them that. I have never seen any paperwork regarding that.

7/10/97 "Whithy" did not call me back and no one eles [*sic*] called me

7/11/97 No calls from ennyone [*sic*] in Wash. Pete did not call.

**PATTON 000150 – 151**

| | |
|---|---|
| 7/23/97<br>6:44 pm | I called Pete and he said for me to call "Espo" tomorrow morning at 7:30 am I [*sic*] tell him what was going on. He give me "Espo" desk phone no. 202-324-3315 and Pete told me to tell him that you can't wait any loner [*sic*]. He said for me to call him around 11:30 or 12:00 he [*sic*] time. |
| 7/24/97<br>6:30 am<br>6:45 am<br>7:00 am | Called "Espo" at 202-324-3315 no. and.<br><br>" " " " " " " "<br>" " " " " " " "<br>I talk to "Bill Espo" and told him what was going on I told him I talk [*sic*] to "Whithy" on 7/16/97 and give [*sic*] him a [*sic*] amount of $75,000. And he said he will call me back later that day. And I have not heard from him. Bill said that he will talk to "Whithy" boss and get this taken care of today. I told him that "Whithy" said there was no more work for me and I told Bill I will do anything the FBI wants be [*sic*] to do. I told him that there is [*sic*] a lot of drugs & [illegible] from N.O. in this area. And if DeSarno need [*sic*] me, I am willing to help him. He said he will look into this himself and someone will get back to me today. He said he [entry continued on Patton 000151] wants this thing done today. We talk [*sic*] little about the Cunanan thing & I told him that I told "Whithy" that they should look in Ft. Laud. because he will be laying low for a while. He thanked me for giving "Whithy" that information. He asked me for my home phone no and I give [*sic*] it to him. |
| 7/24/97<br>10:55 am | Called Pete and Pete said he will call me righ [*sic*] back. Pete call [*sic*] me back and I told him what was side [*sic*] with "Espo" He said if "Espo" does what he told you in [*sic*] can be done in 10 mi. He said when they call me for me to call him after I talk to whoever. He said now we will see "Espo" real colors. |
| 7/24/97 | No calls from anyone in Wash. |
| 7/25/95 [*sic*] | No calls from anyone in Wash. |
| 7/28/95 [*sic*] | Called Pete and left massage [*sic*] for him to call me |
| 7/28/95 [*sic*]<br>1:45 pm | Pete called as [*sic*] said I bet you have not heard from anyone. I said your [*sic*] right. He said if I do not hear from endyone [*sic*] by Wed mording [*sic*] he will call me at 10:00 am and then call "Espo" |

**PATTON 000152**

| | |
|---|---|
| 7/29/97<br>3:05 pm | "Whity" call [*sic*] and said that he as [*sic*] had meets [*sic*] with the people above him and they had 2 meets [*sic*] and they are waiting for one top official for them to sit down with. I told him I talk [*sic*] to "Espo" and he said I'm glad you told me that because I can tell my boss and the other upper eclelon [*sic*] that. We talk about the Miami thing "Cunanan" and he said that he call [*sic*] down there and told them that it schould [*sic*] be but [*sic*] in my file. He said he get [*sic*] back a massage [*sic*] from Mami [*sic*] that it was but [*sic*] in the file. He said he called Pete and let [*sic*] a massage [*sic*] for Pete to call him. I said I talk [*sic*] to Pete last night. He said he will try to get this done as soon as he can. He will call me soon. We talk [*sic*] about N.O. and he said he knew a [*sic*] S.A. there that mine [*sic*] hepl [*sic*] us in get there. But we have to wait till this is over frise [*sic*]. |
| 7/30/97<br>9:00 am | Pete called and said that he get [*sic*] a massage [*sic*] from "Whithy". He said he try [*sic*] to call him last nite [*sic*] but he was gone. He try [*sic*] to call him today and he was on the phone. He asked me if I heard from anyone and I said "Whithy" called and I tolded [*sic*] Pete what was said. He said he will try to get "Whithy" today and will call me back at 5:00 p.m. tonight and let me know what is going on. |

**PATTON 000154**

11:00 pm bar "98"

7/31/97 4:55 pm "Whithy" called and said he will be here Fri 8/1/97 at 11:00 am and some S.A. will be hear [*sic*] at 12:00[.] He said he will call me when he lands.

8/1/97 "Whithy" called and said for me to meet him at the Pirates Bay Condo's [*sic*]. He give [*sic*] me the add. and phone no. 664-9347[.] He said his room was 404. I drove to the condo's [*sic*] and meet with S.S.A. Clyde W. Merryman & SA Stephen Morris. We talk [*sic*] about the storage thing & the 150,000 that Rick & Irby told me I will get when this thing was over in Miami. We talk [*sic*] about Bal, S.D., Cal, Dallas, we talk about Don Webb & my books[.] I give them the report that the gov wrote for the court.

8/2/97 I took Pam & Ruth Ann to talk to Clyde Merryman & Stephen at the same condo that I was at on 8/1/97[.] They talked to Pam frist [*sic*] for about 1½ hr then they talked to Ruth Ann for about the same time[.] I was not in the room when they talked to Pam or Ruth Ann. After they talk [*sic*] to them I talk [*sic*] to them for a little while. I give "Whithy" Bob's name-phone and ex. and told him I would not talk [*sic*] for [*sic*] anyon [*sic*] eles [*sic*].

[Date scratched out.]

8/3/97 I called Pete and left a massage for him to call me. Pete called me back and I told him what went on with Clyde & Stephen Morris. He said he will call them on Mon 8/4/97 and call me and let me know what was said[.]

**PATTON 000155**

| | |
|---|---|
| 8/4/5/97 | No calls |
| 8/6/97 | I called Pete and we talk [*sic*] about what "Whity" and he [*sic*] talk [*sic*] about. "Bob-Rick-Chuck-John-Irby" |
| 8/7/97 8:45 am | "Whithy" called and asked me about when Rick told me I was going to get the money from Miami and I told him. He asked if that money was for Miami or all the work I would do for the F.B.I. |
| 8/7/97 | "Whithy" called and ask [*sic*] were [*sic*] was I when Chuck & I were told about the storage. I said I was in Bal. and Chuck and I went down there. |
| 8/7/97 | "Whithy" called and ask [*sic*] me when and the years the pictoure's [*sic*] were taked [*sic*] on Don Webb and I told him 85-87 to the bast [*sic*] of my recall there were pictures we [*sic*] us on my boat & at party's [*sic*]. |
| 8/7/97 | Pete called and said that "Whithy" said I did not give him the address of Bob. I told Pete that I give [*sic*] him the address phone & ex. and told him to talk to Bob that I was not going to talk for someone eles [*sic*]. |
| 8/7/97 | Whithy call [*sic*] and asked was Bob presten [*sic*] when Rick talk [*sic*] about the 150,000[.] I said to the best of my recall yes." Do I know were [*sic*] I said no I do not retrember [*sic*] were [*sic*]. I said Pete said that I did not give "Whithy" the name & phone no. to "Whithy" & Whithy said he did have it[.] |

**PATTON 219**

Ray Lubrano 1/20/97 Cantina

John called me and asked if I would go to see if I could see if Ray Lubrano would remember me. I went to the Cantina at 9:45 p.m. Ray was there and to [*sic*] males 30's 1 male about 50's name [*sic*] Pauly & male #2 name [*sic*] Joey. When I walk [*sic*] in Ray said hi. I have not seen you in a long time. I said I was not doing much and I was on my way to NY to see some guys. I asked him how everything was going and he said good. He intossed [*sic*] me to 2 males Pauly & Joey by name as Tommy. We talk [*sic*] about nothing just talk. I had 2 glasses of H. wine and I left at 10:35 I told Ray I will stop by when I come back Tue. He said good see you then.

"The two males I define were Spanish."

# EXHIBIT B

# Patton v. United States

# 01-161

PATTON 00063

| | |
|---|---|
| 5/7/96 | Talk to Pete about things in storage and Mike [.] Pete said that he as not taked to Mike yet and he will try to get him today if not he will talk to Pat Marshall. He will call me later this week. |
| 5/7/96 | Beeped Scotty |
| 5/7/96 | Try Bob he was not in |
| 5/7/96 | Scotty called and said he didn't trust Ori and he was go to give him a lie test. He said that he was working with Vic on somethings. He said that they are giving Ori $6500 a mo. but he has not give him the money because Ori has not meet with them. He said that he got the letter and thank me for it. He said he will call and S.A. in N.O. to see if they need someone there. And let me know. |
| 5/9/06 | Try Bob he was not in |
| 5/10/06 | Meet with Larry + Mike (had no work for me) |
| 5/10/96 | Called Pete not in told them to call me. |
| 5/10/96 | Called Chuck say he will call me back |

EXHIBIT "A"

PATTON 00064

| | |
|---|---|
| Chris Vitolo | Owner of Federal Self Stor |
| Off -462-0603 | 2010 NE 7th Ave |
| Home 763-4749 | Dania, FL |
| | 954-525-3040 |

5/13/96 Called Pete and he said he talk to Mike and Mike was going to see what he can do about the money.

5/13/96 Called Mike and he said he will talk to Pat about the money and he said that J.D. died. He said he don't think the contract is in force. He says he will call me on Tue or Wed.

5/13/96 Talk to Fred in Boston and he said he will call me on Thur.

5/13/96 Talk to Scotty and he said that Ori was not doing what he was to do. He said he will call N.O. and let me know.

5/14/15 No calls from any one (Pete, Mike, Scotty, Chuck, Fred,

5/16/96 No calls

5/17/18/19 No calls

5/20/96 Called Pete was not in told them for him to call me.

5/20/96 Called John not in -

5/20/96 Pete called and asked if I heard from Mike I said no. He said that he is not going to call Mike anymore and that he will call Bill Esposito in Wash and hav him call me. He said that. He will call me after he

PATTON 00065

| | |
|---|---|
| [5/20/96 Con't] | talks to Bill. He said that Mike doesn't know what he is doing. He said that the things in Fl. Were never in Rick Kelly's name. I said I didn't want to give anyone troulb [.] He said you can't just let them run over you. You have to stan up for whats right. He told me that someone in L.A. is bad mouthing me. He didn't know who it was. He said he new someone in Houston and he will call him and see if there is something there. |
| 5/21/96 | No calls |
| 5/22/96 | No calls |
| 5/23/96 | No calls |
| 5/24/96 | Call Pete [.] He will call me back (he as not tal[ked] to Espozo yet. He said that he as try to call him in [illegible]. |
| 5/24/96 | Call Bob + Bob called me back |
| 5/24/96 | Pete called and said he talk to Mr. Espozo and that Espozo was going to look into the Fl. + Cal. things and he will get back to Pete Tue or Wed[.] Pete said that Chuck was talking to Kert in Wash about getting me somewhere. He said that the $2500 [illegible] wa to give me as nothing to do with Cal. and he was looking into that. |

PATTON 00076

Let and he will call me tomorrow. I told him that John call and told him what John said. I told Pete that John was going to call him tomorrow and he said that he will not get in tomorrow. But if he calls Pete will call "Whity" in Wash. And tell him what is go on. That will but more pressure on L.A. He said they when and see M.D. and they said that thy didn't know anything. They said it was marryed now.

7/17/96 Fred called and said that he was trying to get the check cut and as soon as he gets it he will send it to Larry and call me and tell me it is on it's way. We talk a little bit about the 'D's and I told him that they are not dump people. I said if the Agent in Mi whats to take to me I will tell him what I know.

7/18/96 Pete called and as what was the no's on the contract. I give them to him. He said that he will call "Whity," and ask for $28,125 + lump sum. He will call me back on what they say. Today or tomorrow I told him what was said with Fred. Pete called and said that he talk to "Whity" and he thinks that "Whity" agree with him on the amount and that it would be a little more. He said I am on the front [ ] for reassignment. He said that he will call me tomorrow.

PATTON 00081

| | |
|---|---|
| 8/1/96 | I called Pete and he said that he talk to Chuck the day I talk to Chuck and he say that he told me that the sum of 28,000 to 30,000 was for Cal + Fl. I said that not what I unstood. He said he had a call on a bomping and he will call me tomorrow. He said "Wity" was waiting for Cal to call him. |
| 8/2/96 | Pete did not call + chuck did not call |
| 8/3/4/96 | No calls |
| 8/5/96 | No calls |
| 8/6/96 | Called Pete and left massage for him to call me |
| 8/6/96 | Called Chuck and left massage for him to call me |
| 8/6/96 | Called Mark and we talk about Cal + Fl. He said it's time for me to get a atty. You have to look out for yourself. He said he will call me later. |
| 8/6/96 | 3:00 pm Called Pete and left massage for him to call me |
| 8/6/96 | Pete called and said that he was going to call "Whity" and see ... |

PATTON 00088

8/28/96 Chuck called and said that some S.A. were to come and talk to Joe in Dallas. Pete told him that he said that I will be very happy with the money that I should get. He said then you could start a buss. and go on with you life. I told him that I have not been called by any SA. in Dallas. I told him that Pete said it would be Tue or [illegible]. He said you will. I said that I do not know how to thank Pete and you for all you have done for me. He said don't worry about. I asked him I need [illegible] atty for this and he said no. I told him about A.M.W. and he said I should sue them. He said that Pete will see Pat Marshall next week and he did not know what Pete will do [.] Chuck said for me not to worry about anything it will all come out OK for me. He said he did not think it was FL holding up thing. He thinks it is Cal.

8/29/96 Pete left massage on phone

8/29/96 4:25 I called Pete at office and left massage for him to call me.

8/29/96 John called and said he can't believe I have not got my money yet. I told him Pete is working on it. He said Mike got hurt [illegible] but he will be OK. He said that [illegible] was going to [illegible] Ass. Dir. He did not know if it wsa "Espo".

PATTON 00098

9/24/96
2:30 pm

Clyde Merryman ~~Weatherman~~ called me & said he was doing Pete a favor to call me because Pete is busy with something else. Clyde said that he has the California thing down & he is presenting it & getting things signed today, latest tomorrow. He hopes we have our money by the end of this week on the California thing. He would not give me a figure because he does not think it is ethical to do that over the phone. He said if Pete wants to tell me, he will. He also said that there is no one, including California, who has said anything bad about me or that anybody said that I was dishonest or not a hard worker. He said people have told him that I can "pull rabbits out of a hat" doing our job & he was told by Mr. Esposito to do the right thing by me. He said that Mr. Esposito said that he (Merryman ~~Weatherman~~) should be fair & to not make me unhappy because I am the type of friend they need in the Bureau. He said this California thing would have been taken care of a month or so ago if Florida did not come up. He said he has not done any investigation in the Florida thing & he does not know if he would be the one handling that. I said "you might be because I will talk to Esposito after this part is taken care of." He said that

PATTON 00099

[9/24/96
Con't]

I really have a friend in Pete McCann & Bill Esposito. He said that he will get a hold of Pete today or tomorrow morning & let him know what is going on. He said I want you to under-stand that the figure we have come to at th[illegible] time is strictly California & has nothing to do with Florida & he said I should be happ[y] with what the figure will be on this sit-uation. He said he was going to go around & get everything signed today or he would talk to me longer [.] I told him if he had any questions about the Florida situation I would be willing to talk to him or anyone else & my wife would be willing to talk to them too regarding this mat-ter, they are welcome to tape it as we have nothing to lie about. He said I thank you very much for that information but we are not on to that yet. I read him some of the things I have done for the Bureau all over this country although my life was in jeopardy doing it. I said I have no animosity towards the Bureau but I only want to be treated fairly. He said he appreciated that & he hopes that when they need me I will be willing to help them. I said I would. He said he has heard nothing but good things about me & he

PATTON 00100

[9/24/96 con't] has worked with many CW's & he believe that they should be treated fairly & we should stand by our word. "This settlement is strictly California & not Florida." He said that he was told by someone in California that I was told told that the contract was null & void as of the day I left. I said that is not true & he said I know that. I have the contract in front of me & it is supposed to be terminated in writing. He said that I should be happy with this settlement. He said it was nice talking to me & Pete would be getting in touch with me.

I told him about the storage being signed over to Richard Kelly & if he has any questions re: that he could ask Chuck Goodwin about the time that Rick Leahy told us that he paid the ware-house $1000 or $1100 & put his own lock on it & whenever I got settlede he would get the stuff to me. I told him that I was promised & my wife was told that when this was over, we would get $150,000 for the work I had done[.]

PATTON 00101

9/24/96 John called me and we talk about the things going on in MD. He said the gov. was in NY at a party and then [illegible] down some contractors for N.Y. I ask him some names and he said that they were the C.O.'s. He said he could use me up there but he does not [illegible] anything to do with all the bull shit it takes. He told me about the Bingo World thing + the new owner was indicted. We talk about that and other things.

9/24/96 I beep Scotty and he called me back 2 times [.] I told him I told a guy in Wash about the good things he + I did in Cal. He said their baby is do soon. He said that they need a new boss in the office because nothing is being done. He said that Andy as been off for a few week. He said that Mike is the same and he does not see him that much. He said nothing as been done with wit[h] Ori [illegible] and they call Lenny and told him that they found his gun in a drug raid and he was going to come in but never did. He said he will call me late[r.]

9/25/96 Chuck called and ask me if anyone call me and I said Clyde call and said he was calling for Pete because Pete was busy. I told him what Clyde said and ask him if he knew a much I was going to get and he said no. He said that I have to start looking for some thing to get into. I said that's what I want to do.

PATTON 000102

[9/25/96 con't] I said it is no easy for someone like me with my background to get a job. He said you can tell a boss that he can call him for a res. I said that is not that easy. He said he know some guy's in Jack, Fl that he could call. I said I'm look at FL + N.O. He said that he know a few guy in N.O. We talked about [illegible] and some things. He said he will see "Espo" next week and try to talk to him.

9/25/96 I called Pete and he said he will call me right back.

9/25/96 Pete called back & asked if Clyde called me. I said, "yes he did call me & he said Pete asked him to call me." Pete said yeah I told him to call you today & let you know what was going on. I told Pete what Clyde said & that Clyde said it would be unethical for him to give me figures (money) however Pete could if he chose to. Pete said that he did not know the figures but he would find out. Pete & I went over our notes of a conversation we had on 7/18/96 at which time we came to the figure, up until that date, of $28125.00 plus a lump sum. "Pete's notes were the same as mine & he agreed that that is what he told Whitey & what Whitey agreed to on that date. Pete said that he was going to be in Pittsburg tomorrow but that he would