PATTON 000142

6/[illegible]/97
about 7:35 pm Pete called me and said that he got a mass[age] from "Whitey" that "Whitey" and a S.A. name "Will Burt" was coming to see me in 5 or 6 working days. Pete said to tell them everything about the FL. storage and money I was told I would get. Pete said tell them what Chuck Goodwin was told by Rick. And what was told to Ruth Ann + Pam. I said I want Ruth Ann + Pam to be there when they are asking me the ? and he said tell them that. He said tell them what Bob Berube heard. From Ric and Malynda Irby. Pete said for me to tell them what was in the storage and have a amount that you think it its worth. And tell them what was said by Rick.

6/22/97 I have not heard from anyone this I talk to Pete on 6/11/97[.] Pete said I would hear from "Whitey" in 5 or 6 working days. It is now 11 days.

6/2[illegible]/97
7:16 am Called Pete and left massage that I've not heard from anyone yet. If you hear from [illegible] please call me and let me know what it going on

6/23/97 Pete called and I told him I have not heard from anyone. He said he will try to get "Whitey" in the morning or Will Burt. And let

PATTON 000143

[6/23/97 con't] me know what was going on. I asked him if he got a hold of anyone now here that know a banker and he said he forgot about that but he will find out tomorrow and call me before 12:00:

6/24/97 1:05 pm Pete called and said he talk to "Whity" and "Whity" said he will call me tomorrow. Pete said that Whity just came back to work. He said that "Whity" wants to meet in Tallahassee I said that a long way from here. He said to tell him that. He said call John D. and tell him that "Whity" is go to call him . He said for me to call John D and for John to call Pete tomorrow between 5:00 and 6:00 pm. He said Whity is going to ask me if I still want to work for the B. I said yes. I [illegible] ask him if they talk to Chuck about what Rick told us when we were in FL. about the storage[.] He said he dosn't not know if they talk to Chuck but for me to tell "Whity" that.

6/24/97 Called John he is on leave till next week. Called John on the Eastern Sore and toll him what Pete said and he said he will call Pete and let me know what is go on.

PATTON 000144

6/25/97 No call from "Whitey" or anyone eles.

6/26/97 No call " " " "

6/27/97 " " " " "

6/27/97
4:36 pm Called Pete he was not home[.] Mary said he will be home about 6:30 there time.

6/27/97
6:02 pm Called Pete and told him that no one called me, he said I can't believe it. He said "Whitey" told him that he would call me the next morning. He said he will cal I "Whity" Monday and if he is not in he will talk to "Espo" [.] He said they better be there next week or he will find out why. I said is the 4th of July weekend. He said I don't care. I asked him if John call Ed and he said yes. He [illegible] that John told him he was on the Eastern Shore. We talk about the S.A. in Miami that stold $400,000

6/28/29/30/97 No calls from everyone.

7/[illegible]/97
8:49 pm Called Pete[.] He asked if I heard from everyone[.] I said no. He said he call Wash but did not get [illegible] one. He said he let a massage fro them to call him. Pete said he will call there now and will call me back.

7/1/97
3:01 pm Pet call and said that "Whitey" did not come in today and he told his sec that for "Whitey" [illegible] call to [illegible] at the no. She asked Pete if

PATTON 000145

[7/1/97 con't] "Whitey" had the no. Pete said yes. Pete give me his office no. 1417 658 0352. He told me to ask "Whitey" why he did not call Pete back with a S.A. in this area that as a bank in is pocket. Pete said for me to call him tomorrow if I do not hear from "Whitey" by 3:00

7/2/97 3:15 pm Called Pete and said I did not hear from [illegible] one

7/3/97 11:15 am A S.A. Mike called and said that he was calling for "Whitey" and "Whitey" will call me at 2:30 or 3:00 today

7/3/97 "Whitey" called and said that he will be here on Tue and we will talk about the storage, the $150,000 I was pro[illegible]. He said he will call me on Mon. and give me his plans. I give him the direction to my house. He said he will talk about my future with the FBI. I told him that Ruth Ann + Pam want to talk to him to. He said we will talk frist and he will talk to them.

7/[illegible]/97 Pete call and asked if I heard from anyone and I said "Whitey" called and I told him what was said.

PATTON 000146

| | |
|---|---|
| [illegible]/97 | "Whitey" did not call me. |
| 7/8/97 | Called Pete and asked for him to call me. |
| 7/8/97 | Did not heare from "Whitey" or any one from Wash |
| 7/8/97 | Pete called me back and said its not like "Whitey" to do that. Something must have come up[.] He said if I do not here from "Whitey" by 12:00 my time to call him and he will see what is going on. |
| 7/9/97 12:01 pm | Called Pete and told him I have not heard from everyone in Wash. He said he will call "Whitey" and call me back. |
| 7/9/97 | Pete call me back and said the "Whitey" is out to lunch and "Whitey" will call him back when he gets back. If "Whitey" does not have the answer he will tell "Whitey" to transfer him to "Espo." He will call me back. |
| 7/9/97 8:20 pm | Called Pete and he said he did not hear from "Whitey" and he will call him in the morning and call me about 9:00 am |

PATTON 000147

7/[illegible]/97 "Whitey" called and said that Pete told him to call me. He said he was not going to handle this [illegible] that someone eles will be doing it. He said he talk to John D. + Chuck G. I asked him what Chuck said and he said Chuck told him that Rick told us when we were in FL. that Rick paid the storage. That what he [illegible]. He did not tell me what John said. He did say that Pat had a argument with the [illegible] at the storage and I said that was a lie. He said he was going up to see a supervisor and talk about this. He said he will call me later today and let me know what or who was going to take care of this. He said Espo said he whats me to be [illegible] freelee. He said that when a CW is moved to a new location that office takes over everything. I said why was I not told that or the S.A. that was the S.A. I reported to told that and the office get the paper telling them that. I have never seen any paper work regarding that.

7/10/97 "Whitey" did not call me back and no one eles called me

7/11/97 No calls from ennyone in Wash. Pete did not call.

PATTON 000148

7/14/97 "Whitey" called at 9:10 and I was not hear. He give R.A. his pager no and I page him 3 time he did not call back. I call Wash. and talk to him. He said that he had pepole in his office and he will call me back in 15 mins. "Whitey" did not call me back.

7/15/97 No calls

7/16/97
8:41 am Call "Whitey" at 202-324-3000[.] He said he will call right back. "Whitey" called back. We talk about the lump sums I have got from Cal - Bal. I told him about the money I was given from S.D. witch he did not know. He asked what I though I was owe from FL. I said if you add up the 150,000 Rick said I would get and the things in storage which would be about 85,000 that would be about 250,000. I said my wife talk about it[.] He said what did you + her come up with I said 75,000. He said he will think it over with some other people and call me back today. We talk about the killings in FL. and I told him to call FL. and tell them to look around the [illegible] Hotel and Brick Road area. He asked if I though the guy would leave the area right away. I said I [illegible] he will lay low for a while then take off.

PATTON 000149

7/[illegible]/97 "Whitey" did not call back

7/17/97 "Whitey" did not call back

7/18/97 Called Pete and left massage for him to call me.

7/18/97
5:35 pm Pete called and I told him what was said to "Whitey" and the amount and he said that was to fare[.] He said he will call "Whitey" on Monday and see what is going on. He said he will call me Monday.

7/20/97 No calls from Pete or Whitey.

7/21/97 No calls

7/22/97 No calls

7/23/97
7:47 am Called Pete and left masssage for Pete to call me.

7/23/97
9:25 am Called Whity" at 202-324-3000 not in left massage for him to call me.

PATTON 000150

| | |
|---|---|
| 7/23/97 | |
| 6:44 pm | I called Pete and he said for me to call "Espo" tomorrow morning at 7:30 am I tell him what was going on. He give me "Espo" desk phone no. 202-324-3315 and Pete told me to tell him that you can't wait any longer. He said for me to call him around 11:30 or 12:00 he time. |

| | |
|---|---|
| 7/24/97 | |
| 6:30 am | Called "Espo" at 202-324-3315 No ans. |
| 6:45 am | " " " " " |
| 7:00 am | " " " " " [illegible] |
| | I talk to "Bill Espo" and told him what was going on[.] I told him I talk to "Whitey" on 7/16/97 and give him a amount of $75,00. And he said he will call me back later that day. And I have not heard from him. Bill said that he will talk to "Whitey" boss and get this taken care of today. I told him that "Whitey" said there was no more work for me. And I told Bill I will do anything the FBI wants be to do. I told him that there is a lot of drugs + [illegible] from N.O. in this area. And if DeSarno nees me, I am will to help him. He said he will look into this himself and someone will get back to me today. He said he |

PATTON 000151

414-435-2222 Ex 213 Dallas F.B.I. no.

| | |
|---|---|
| [7/24/97 con't] | wants this thing done today. We talk little about the Cunnano thing + I told him that I told "Whitey" that they should look in [illegible] because he will be laying low for awhile. He thanked me for give "Whitey" that information. He asked me for my home phone no. and I give it to him. |
| 7/24/97 10:55 am | Called Pete and Pete said he will call me right back. Pete call me back and I told him what was side with "Espo"[.] He said if "Espo" does what he told you it can be done in 10 mi. He said when they call me for me to call him after I talk to whoever. He said now we will see "Espo" real colors. |
| 7/24/97 | No calls from anyone in Wash. |
| 7/25/95[sic] | No calls from anyone in Wash. |
| 7/28/95[sic] | Called Pete and left massage for him to call me |
| 7/28/95[sic] 6:45 pm | Pete called as said I bet you have no heard from anyone. I said your right. He said if I do not hear from ennyone by Wed [illegible] he will call me at 10:00 am and then call "Espo" |

Case 1:01-cv-00161-GWM Document 105 Filed 10/10/2006 Page 2 of 23

PATTON 000152

7/[illegible]/97
3:05 pm "Whitey" call and said that he as [illegible] meeets with the people above him and they had 2 meets and they are waiting for one top official from them to sit down with. I told him I talk to "Espo" and he said I'm glad you told me [illegible] because I can [illegible] my boss and the other upper eclelon that. We talk about the Miami thing "Cunanan" and he said that he call down there and told them that it schould be put in my file. He said he called Pete and left a massage for Pete to call him. I said I talk to Pete last night. He said he will try to get this done as soon as he can. He will call me soon. We talk about N.O. and he said he knew a S.A. there that [illegible] help us in get there. But we have to wait till this is over [illegible].

7/30/97
[illegible] am Pete called and said that he got a massage from "Whitey". He said he try to call him last nite but he was gone. He try to call him today and he was on the phone. He asked me if I heard from anyone and I said "Whitey" called and I tolded Pete what was said. He said he will try to get "Whitey" today and will call me back at 5:00 p.m. tonight and let me know what is going on.

PATTON 000153

| | |
|---|---|
| 7/30/97<br>1:55 pm | "Whitey" call and said that he is coming down and who will he be talking to. I said Ruth Ann - and - Pam. He said he wants to talk to eah one seperly[.] I said that no problem. He said he will be down tomorrow and he will call me later and give me his itinerary. |
| 7/30/97<br>6:13 pm | Call Pete and he side he talk to everyone but he had to go get his son. He will call me back around 9:00 or 10:00 my time. |
| 7/30/97<br>10:15 am | Pete called and said that he talked to "Whitey" and thing are starting to get going. |
| 7/31/97<br>8:35 am | "Whitey" call and said he talk to Pete and he got some paper work that he does not [illegible.] We talk about the storage thing and the thing that Rick told me + Chuck in FL. We talk about the phone books. And I said that we found out the they are gone. He ask me if I thought that the things in storage we but some were elas. I said no one told me that. I said as of 1995 Rick told me that anything was OK when I ask him about my thing's in FL. He said he will call me back later. |
| 7/31/97<br>8:00 am | "Whitey" call and as the same thing he asked before. He said he will call me later[.] |

PATTON 000154

| | |
|---|---|
| | 11:00 pm [illegible] "98" |
| 7/31/97 4:55 pm | "Whitey" called and said he will be here Fri 8/1/97 at 11:00 am and [illegible] S.A. will be hear at 12:00[.] He said he will call me when he landed. |
| 8/1/97 | "Whitey" called and said for me to meet him at the Pirates Bay Condo's. He give me the add. and phone no. 664-9347[.] He said his room was 404. I drove to the condo's and meet with SSA Clyde W. Merryman + SA Stephen Morris. We talk about the storage thing + the 150,000 that Rick + Irby told me I w[illegible] get when this thing was over in Miami. We talk about Bal, S.D., Cal, Dallas, we talk about Don Webb + my books[.] I give them the report that the gov wrote for the court. |
| 8/2/97 | I took Pam + Ruth Ann to talk to Clyde Merryman + Stephen at the same condo that I was at on 8/1/97[.] They talked to Pam frist for about 1 ½ hr then they talked to Ruth Ann for about the same time[.] I was not in the room when they talked to Pam or Ruth Ann. After they talk to them I talk to them for a little while. I give "Whitey" Bob's name-phone and ex. and told him I would not talk for any one eles. |
| 8/3/97 | I called Pete and left a massage for him to call me. Pete called me back and I told him what went on with Clyde + Stephen Morris. He said he will call them on Mon 8/4/97 and call me and let me know what was said[.] |

PATTON 000155

| | |
|---|---|
| 8/5/97 | No calls |
| 8/6/97 | I called Pete and we talk about what "Whitey" and he talk about. "Bob-Rick-Chuck-John-Irby." |
| 8/7/97<br>8:45 am | "Whitey" called and asked me about when Rick told me I was going to get the money from Miami and I told him. He asked if that money was for Miami or all the work I would do for the F.B.I. |
| 8/7/97 | "Whitey" called and ask were was I when Chuck + I were told about the storage. I said I was in Bal. and Chuck and I went down there. |
| 8/7/97 | "Whitey" called and ask me when and the years the pictures were taken on Don Webb and I told him 85-87 to the best of my recall there were pictures we us on my boat + at partys. |
| 8/7/97 | Pete called and said that "Whitey" said I did not give him the address of Bob. I told Pete that I give him the address + phone + ex. and told him to talk to Bob that I was not going to talk for someone eles. |
| 8/7/97 | Whitey called and asked was Bob prest[illegible] Rick talk about the 150,000[.] I said to the best of my recall yes." Do I know were I said no I do not remember were. I said Pete said that I did not give "Whitey" the name + phone no. to Whitey + Whitey said he did have [illegible]. |

PATTON 000156

8/7/97 I called Pete and told hm what was said by "Whitey" and "Whitey" had the information on Bob.

8/8/9/10/11/97 No calls

8/12/13 No calls

8/14/97 Called Pete left massage for him to call me. ~~Did not~~.

8/14/97 Pete did not call back.

8/15/97 Called Chuck and told him about the meeting with "Whitey" and he said that Pete is keeping him up to date. He said his best friend he the new SAC in ALT. He got a call and said he will call me next week.

8/15/97 Called Pete and left massage if he heard enneything for him to call me. Did not call back

8/16/17/97 No calls

8/18/97
7:55 am Call Pete left massage if he heard from the people in Wash [.] Please call me.

8/18/97 Pete called and asked me if I heard from anyone in Wash[.] I said no, + he said he as not

PATTON 000157

[8/18/97 con't] heard form them. He said say told him that after they work up the 302's FL. have 5 days to answer. He said he will call "Whitey" tomorrow and see what is going o[n.] Then he will call me.

8/19/97 No calls[.] Pete did not call back

8/20/97 8:19 am Call "Whity" and left massage for him to call me. He did not call back.

8/21/97 [illegible]30am Called "Whitey"[.] He said that he talk to Pete last night and Pete said he will [illegible] hearing from me today. "Whitey" said that everything is in the workings and he hopes to have a anser by next week. He said that it look like everything is in your favor now but we have to see what Miami says. Steve is very much on are side. And is frustrated with the way Wash works.

8/21/97 Called Pete and left massage that I will call him later.

8/21/97 Pete call and we talk about what "Whitey" said to me and Pete we we agred on what "Whitey" said and what Whitey + Steve were doing. Pete said he will call me if he hear anything.

PATTON 000158

| | |
|---|---|
| 8/22/23/24/ | No calls from any one. |
| 25/26/27 | " " " " |
| 28/29/30 | " " " " |
| 31/9/1/97 | No calls from any one. |
| 9/2/97<br>8:45 am | Beep "Whitey" in Wash at no. 1 800-509-7151[.] Give my no. at home. "Whitey" did not return my beep. |
| 9/3//97 | No calls from any one |
| 9/4/97<br>7:38 am | Beep "Whitey" in Wash at no. 1 800-509-7151[.] Give my no. at home. Did not return my beep. |
| 9/5/97<br>10:03 am | Called Pete and he said he will call me righ back. He was on the phone. |
| 9/5/97 | Pete did not return call |
| 9/6/7/97 | No calls |
| 9/8/97<br>7/:25 am | Caulle Pete and left massage for him to call me |
| 9/8/97<br>728 am | Beep "Whitey" in Wash at no. 1.800-509-7151[.] Give my no. at home |

PATTON 000159

| | |
|---|---|
| 9/8/97<br>9:30 am | Pete called and I was not here[.] He told R.A. that we will call today 5:00 p.m. his time. |
| 9/8/97 | Pete did not call back. |
| 9/9/97<br>8:32 am | Called Clyde - “Whitey” at 202-324-5633[.] Not in today. |
| 9/9/97<br>8:36 am | Called called “Whitey” on is beeper 800-509-715 and left my phone no. |
| 9/9/97<br>8:37 am | Called Pete and he said that he as not heard from “Whitey”[.] Pete said that Chuck is in Wash and Pete wil beep him and asked Chuck to see “Espo” and see what is going on. Pete said he will call “Whitey” tomorrow and then call me. |
| 9/9/97<br>8:58 am | Called Stephen Morris in Wash and he was not in today. |
| 9/9/97 | “Whitey” called and said he did not know anything[.] He has been out of Wash for a wiek and he will be back in Wash on Monday and he will look into it. If he fines out anything I will be the frist to know. |

PATTON 000160

9/10/11/97 No calls form anyone.

9/12/12/14/97 No calls from anyone.

9/15/97 Called John in Ann. He was not in left massage for him to call me[.] Did not return call

9/16/97 No calls

9/17/97
7:35 am Called Pete and left massage for him to call me.

9/17/97
7:51 am Called Chuck and he was on the phone[.] I asked for him to call me back.

9/17/97
8:30 am Called Steve Morris in Wash and they said that he is in Qunito this week.

9/17/97
1:20 pm Chuck called and said that "Espo" is retring 10/1/97[.] I asked him if he got to talk to "Espo or Whitey" why he was in Wash and he said no he did not get a change to. He saw "Espo" but it was not were he could talk to him about our thing. He said he got a call and he had to go . He said he will call me later.

9/17/97 I called Pete and left a massage for him to [illegible.]

PATTON 000161

9/17/97 I called "Whitey" in Wash and he was on the phone[.] I left a massage for him to call me.

9/17/97 Pete called and said that he talk to "Whitey" and "Whitey" said that Maimi as not replay to Wash on this matter and Pete said that he was told by "Espo" that they were to replay in 5 days[.] He does not know who they talk to in Wash. He said he is going to call "Espo" in the mor? and tell him that "Espo" pro[illegible] to take care of this and he is going to tell him what happen whe[illegible] he is gone. He said if we have to get a lawer he know a [illegible] A.D. in Wash that he can call and see what atty to get. He said he wil call me after he talks to "Espo" and let me know what to do or what "Espo" says.

9/18/19/20/21/97 No calls from any one.

9/[22]/97 I called Pete and he said that he tryed to call "Espo" on Fri and he did not get him[.] Pete said "Espo" call back but Pete was not there. Pete said that he will try to call "Espo" Tue or Wed and he will tell him that he sai[d] he would take care of this. And now he is retrying, and who will take over this thi[illegible]. Pete said if Mamia is try to come up with