Case 1:01-cv-00161-GWM Document 105 Filed 10/10/2006 Page 12 of 23

PATTON 000162

| | |
|---|---|
| [9/22/97 con't] | some thing funny. They do not know that Pete as the file and he was the one who send them the paper work on the invas. that a S.A. did on the storage thing[.] Pete said if this turn out to be a OPR case it time for me to get an atty. Pete said he will call me after he talk with "Espo". He said he takl to Chuc[k] today and Chuck said he did not what was going on. But they both think that FL. is trying to get out of this one way or [illegible]. |
| 9/23/24/97 | No calls calls |
| 9/25/97 8:17 am | Called Pete and left massage for Pete to call me when he as time to talk about this thing |
| 9/25/97 8:20 am | Called Steve Morris someone there said he was in a meeting. |
| 9/25/97 8:22 am | Called John he was not in. |
| 9/26/27/28/97 | No calls returned |

PATTON 000163

9/[29]/97
7:12 pm Called Pete and left massage for him to call me.

9/30/97
7:42 am Called Pete and left massage for him to call me.

9/30/97
7:34 am Called John D. left massage for him to call me.

9/30/97
7:37 am Called Steve Morris and he said he does not know what is going on but he hope to have some thing to tell me soon. He said that it is now he the hands of the upper people. He said his boss is asking every day what is going on with this case. He said that he wish that he could get out of Wash yesterday. He said that Jim DeSarno is not in N.O. anymore. He is in Wash now. He said that when he here something he will call right away.

10/[]/97 Pete called me and said he was sorry that he did not call me back when I called[.] He was out of town. He said he tryed to call "Espo" for days and he never got him. He said he left a massage tod[ay] for Espo to call him on the beeper. He said that he but in a call for "Whitey" and he said that "Whitey" will call him back. He said he is going to tell

PATTON 000164

[10/[]/97 con't] "Espo" + "Whitey" that if this thing is not taken care of soon he will call a ex Dic. in Wash and as him what atty i should get and go after the Bu. He said that Maimi ws to answer in 5 days after they got the paper work from Wash [illegible] if they in "Miami" are trying to come up with something. He as all the paper work that a S.A. in "Miami" send to him + Fred in Boston and he said that he is the one who give the paper work to "Whitey" in Wash when Miami said they did not have it. Pete said he will call me on Fri or Sat and let me know what "Whitey or Espo" as to say.

10/2/97 "Whitey" call me and said he talk to Pete last night and he was sorry he as not talk to me he was out of town. He said that Steve told him that I called him. He said that was good because his boss (Neil) "Divvers" is that guy that makes the decistion to the B[illegible]. He said they have not heard from Miami yet. He doesn't know why "Espo" did not call down there and tell them to get of the pot and get this done. I said I can't keep going like this waiting I am going to do what I ahve to do. He said don't get [illegible.] Give them a change to get to the bottom of this[.] He said that L.A. or no one eles after said a bad thing about you they all said you did a great job for us. I said I know Chuck [illegible]

PATTON 000165

| | |
|---|---|
| [10/2/97 con't] | what Rick told us when we were in "Miami" togeter[.] He said that is what Chuck told him and there should be some paper work on that[.] I said that when Pete send down there for paper work on D.W. they said they dis[illegible] anything in the file. I asked him if he call that guy he knows in N.O. He said no but he will call him today and call me back and give me his name so when he calls me I will know who he is. He said he will call me back today and let m[e] know what he can find out. |
| 10/2/97 | "Whitey" did not call back today like he said he would. |
| 10/3/4/5/6/ 7/97 | No call from anyone. |
| 10/8/97 4[] pm | Called Pete and he said he talke dto "Whitey" the night before I talk to "Whitey" and read his ass out and he "Whitey" [illegible] all "Bill Espo" would had to do was make one phone call and this thing would be over with. He said that "Espo" was a little ass hole for not doing what he said he was going to do. He said he will call me on Fri and we can talk then[.] He had to go pick-up his son from soccer. |

PATTON 000166

| | |
|---|---|
| 10/10/97<br>7:38 am | Called Steve Morris in Wash. He was not in yet. |
| 10/10/97<br>8:08 am | Called Steve Morris in Wash[.] He was not in[.] I left a massage for him to call me. |
| 10/10/97 | Called "Whitey" in Wash[.] He is not in today |
| 10/11/12/97 | No one call me back |
| 10/13/97<br>8:52 am | Called Steve Morris in Wash. No one in it's a fed hollyday |
| 10/13/97 | Called Pete and left massage for him to call me. Did not call back. |
| 10/13/97 | No call from Pete |
| 10/14/97<br>8:21 am | Called Steve Morris line 1960[.] Not at his desk[.] Left massage for him to call me[.] Give the oper. my phone no. |
| 10/14/97 | Steve called and left a massage for me to call him. |

PATTON 000167

| | |
|---|---|
| 10/14/97<br>12:54 pm | I called Steve and told him I have to know someone soon or I will do what I have to do[.] He said he will talk to his boss and called me back today or in a few days. "Bob Bryr" new Adic. Seve did not call back today. |
| 10/14/97<br>4:15 pm | Called Pete left massage for him to call me. Did not return call. |
| 10/15/97<br>8:05 am | Called Pete left massage for him to call me. Did not return call |
| 10/15/97<br>8:07 am | Called John left massage for him to call me. |
| 10/17/97<br>5:26 pm | Called Pete left massage for him to call me. No return call |
| 10/15/16/17<br>18/19/97 | No return calls. |
| 10/20/97<br>7:34 am | Called Pete left massage for him to call me. |
| 10/20/97<br>[]:38 am | Called Chuck and his sec. said he will be gone for two week in Wash. |

PATTON 000168

10/20/97 I send a letter to "Steve + Whitey"

[10]/20/97 Pete called and said that he as not returned my calls because he as not heard from anyone. He said he talked to a ex Ass. Dir. and he told Pete that it was not a good thing to get a atty right now because Miami will get there back up and nothing will be done. Pete but Chuck on the phone and we talk about him going to Wash[.] He said that he was going to Qu. and he said he not see anyone in Wash. I asked he if he could try to see someone in Wash and he said he will try. He said he will call me when he get back to the office in Mich. Pete got back on the line and said he will call "Whitey" and see what was going on. I told him about the letters I sent to "Whitey" and Steve and he said let see what they say. He said he will call me today or tomorrow and tell me what "Whitey" said.

10/[21]/22/97 No calls from Pete or anyone eles.

10/23/23/25/
26/27/28/29 No calls from Pete or John or anyone eles.

10/30/97 Called Pete and left massage for him to call me.

10/30/97 Called Pete and left massage for him to call me.

PATTON 000169

[]/97
9:48 am Called Steve Morris in Wash. Left massage for him to call me

10/31/97 Steve called and said that he had a meeting with his boss and they are going to send me a form to fill out[.] It is a claim form. I said if that is the case then maybe I should get a atty. He sai[d] he dose not thing that is necessary. The form is just to justify the cost of the things in storage. I said what about the 150,000 I was promised. He said that if there was a case still going on they could justify that, but since there is no case goi[ng] on that can't paid that. I said it was promised to me when I came over. He said he dose not know what to do about that[.] He said he will talk to his boss righ[t] after he hang up and let me know. He said he will send me the form next week. And I can look it over.

10/31/97 I called Pete and he said he will call me back. Pete called me back and I told he waht was told to me my Steve Morris and he said he will call "Whitey" on Monday and call me and let me know what this is all about

Case 1:01-cv-00161-GWM Document 105 Filed 10/10/2006 Page 20 of 23

PATTON 000170

| | |
|---|---|
| [10/31/97 con't] | Pete said that he will check out who the atty I told him I called and he said that he has a atty in Wash that could take the case. He said that maybe this form that they are talking about is maybe the way to go. But he will ask "Whitey or Chuck" what this is all about. |
| 11/3/97 | No call from Pete |
| 11/4/97 []:30 am | I called Pete and left massage for him to call me. Did not call back |
| 11/5/97 | No calls |
| 11/6/97 1:55 pm | Steve called and asked for my mailing add. I give it ot him. I asked if he talk to his boss and he said that his boss said send the form to me and lets see what hapeis. I said OK. He said he will but it in the mail today today or Fri. Call and let him know I get it. |
| 11/6/97 | Called Pete and he said he will call me back[.] Pete called and I told him what Steve said and he said when I get the form to fax it to him and he will see what it is. He said he will call his fr[illegible] |

PATTON 000171

[11/6/97
con't] in F.W. and have him call me and see what he can do for me. He said he but a call in for is friend in Wash and see about the atty I told him about and fine out if his friend has the right atty I need in Wash. He said he will call me tomorrow or on Mon.

11/7/8/9/10
11/12/13/14/15/16 I have not got the form from Steve or a call from anyone eles.

10/17/97
6:50 am I called Pete and he said he as not heard from anyone. I told him I have not got the form from Wash. He said he will call "Whitey" today and call me tonight. No call

11/18/97 I called Steve Morris in Wash and left massage for him to call me. (Did not call bac[k).]

11/19/97 I called Steve Morris in Wash and he said that he sent the form last Thur[.] I said I've not got it[.] He said he will check the gril he give it to and see were it is. He said that it was sent reg.

11/20/97 Pete called and said that he talk to "Whitey" last night and "Whitey" was going to check with Steve and see were the form is and whe[n] it was sent. I said I will know when it was sent because it will be on the letter

PATTON 000172

[11/20/97 con't]

Pete said I should take notes what was in every room and but in on paper with the amt it cost me. I said if I had my things I would have the rec. for everything in the house. I can't remember the amt I paid for thing that were brouth 40 years ago[.] He said that they will not pay for the amount I paid for it. He said that I can't sue the "B" it is [illegal] the law to sue the gov. I said OK we will see. He said that the guy he knew in Wash did not know the atty I told him abou[t.] He said when I get the forms for me to sen[d] him by fax the forms. He said that I will be lucky to get 25 to 50 and I said there is no way I will take that. I will see them in court. [Illegible] let the atty do what they know best. He said Chuck was coming to is house in 1 hr. on his way home. I said I will talk to him after I get the forms.