IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS PATTON, Plaintiff, | ) | |
| v. | ) | No.-01-161C (Judge Miller) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S AMENDED EXHIBIT LIST**

COMES NOW the Plaintiff, Thomas Patton, by and through counsel, and pursuant to Appendix A of the Rules of the Court of Federal Claims and the Court's Order dated April 7, 2006, and after conferring with counsel for the Government, hereby submits the following:

**PROPOSED JOINT TRIAL EXHIBITS**

1. Contract between Thomas Patton and the FBI, dated November 11, 1994 ("1994 Contract").

2. Receipt signed by Thomas Patton, SA Lawrence Sandri and SA Keith Jescavage on November 14, 1996 for the payment of $30,000, marked by Bates stamp Patton 00058.

3. Telephone logs handwritten by Thomas Patton and Ruth Patton, marked by Bates stamps Patton 00059-000172, 000218-000219.

4. FBI Memorandum to FBI Headquarters, and others, from the Dallas Division, dated November 20, 1996.

5. Letter to FBI from The Heideman Law Group, dated October 29, 1998, including attached October 7, 1998 letter to the FBI from The Heideman Law Group.

6. Letter to Jack Cordes, Jr. from Mr. Patton dated April 19, 1999, including attachment.

7. Letter to Jack Cordes, Jr. from Richard Heideman, dated July 14, 1999, including attachment.

8. Report of Interview, dated August 5, 1997 (FD-302)

**PLAINTIFF'S TRIAL EXHIBITS**

9. Contract between Thomas Patton and the FBI, dated May 29, 1991 ("1991 Contract"), which Plaintiff expects to offer.

10. Letter from the FBI to Thomas Patton, dated August 5, 1993 and signed on August 10, 1993, terminating the 1991 Contract, which Plaintiff expects to offer.

11. Receipt for lump sum payment of $25,000, signed by Thomas Patton on August 10, 1993, marked by Bates stamp Patton 000220, which Plaintiff expects to offer.

12. Thomas Patton's telephone records, marked by Bates stamps Patton 00004-00005, 0007-00056, 000173-000215, which Plaintiff expects to offer.

13. Business cards of FBI agents, marked by Bates stamps Patton 00001, 00057

14. Email and attached picture of William "Cherry Nose" Brown sent from SA Chuck Goodwin of the Chicago FBI office to Thomas Patton on November 2, 2001, marked by Bates stamps Patton 00002-00003, which Plaintiff expects to offer.

15. Letter from Jack R. Cordes, Jr., Chief Contracting Officer for the FBI, to Thomas Patton, dated July 24, 2002, terminating the 1994 Contract, which Plaintiff expects to offer.

16. Damages calculation charts, which Plaintiff expects to offer.

17. Minute Order issued by the U.S. District Court for the Northern District of Illinois on February 7, 2002, noting the arrest of William "Cherry Nose" Brown, which Plaintiff expects to offer.

18. Minute Order issued by the U.S. District Court for the Northern District of Illinois on May 7, 2002, which Plaintiff expects to offer.

19. Notes of Thomas Patton, recently produced, Bates stamped Patton 000221-229, which the Government has objected to and which are not being filed in the public record with this filing pursuant to the Court's *in limine* ruling regarding confidentiality of FBI investigations.

20. Any exhibits previously exchanged, listed by the Plaintiff, or listed on the Defendant's exhibit list, which Plaintiff will offer if the need arises.

With respect to Plaintiff's Trial Exhibits 17 and 18, Plaintiff provided a copy of these Exhibits to counsel for the government on 12 October 2006 and requested her consent to include them on this Amended Exhibit List. Counsel for the Government indicated that she had no objection to their inclusion on Plaintiff's Trial Exhibit List. Accordingly, copies of said exhibits are attached hereto and incorporated into Plaintiff's Trial Exhibit List. In addition, in accordance with this Court's pretrial Orders, Plaintiff will provide the Court with four courtesy copies of the above referenced exhibits in paper form at trial.

Respectfully submitted,

Dated: October 13, 2006

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202.463.1818
Facsimile: 202.463.2999

By: *__/s/ Richard D. Heideman ______*
Richard D. Heideman

Counsel for the Plaintiff

Plaintiff's Trial Exhibit 17

Case 1:00-cr-00853 Document 258 Filed 02/07/2002 Page 1 of 1

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 00 CR 0853 | DATE | 2/7/2002 |
| CASE TITLE | United States vs. Hanhardt, et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] The court has been advised that William Brown is in federal custody in Virginia. Upon Mr. Brown's arrival in the Northern District of Illinois, he shall be brought before United States District Judge Charles R. Norgle for arraignment. The case is set for further status for case control purposes on February 15, 2002 at 9:30 a.m. All other dates previously set for co-defendants shall stand.

Charles R. Norgle Sr.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | FEB 08 2002 date docketed | 258 |
| | Notices mailed by judge's staff. | | docketing deputy initials | |
| | Notified counsel by telephone. | | date mailed notice | |
| X | Docketing to mail notices. | | mailing deputy initials | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| courtroom deputy's initials | | Date/time received in central Clerk's Office | | |

U.S. DISTRICT COURT CLERK 02 FEB -7 PM 4:43 FILED-ED

Minute Order Form (06/97)

Plaintiff's Trial Exhibit 18

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 CR 853 - 6 | DATE | 5/7/2002 |
| CASE TITLE | UNITED STATES vs. WILLIAM ROBERT BROWN | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **Defendant withdraws his plea of not guilty and enters a plea of guilty as to Count Two (superseding). Defendant informed of his rights. Judgment of guilty entered. Case referred to the probation department for a presentence investigation. Sentencing set for July 31, 2002 at 9:30 a.m.**

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | MAY 9 2002 date docketed | 289 |
| | Notices mailed by judge's staff. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Notified counsel by telephone. | 02 MAY -8 PM 5:25 | date mailed notice | |
| ✓ | Docketing to mail notices. | FILED-ED 10 | mailing deputy initials | |
| | Mail AO 450 form. | Date/time received in central Clerk's Office | | |
| | Copy to judge/magistrate judge. | | | |
| EF | courtroom deputy's initials | | | |