Plaintiff's Trial Exhibit 17



Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 00 CR 0853 | DATE | 2/7/2002 |
| CASE TITLE | United States vs. Hanhardt, et al | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] The court has been advised that William Brown is in federal custody in Virginia. Upon Mr. Brown's arrival in the Northern District of Illinois, he shall be brought before United States District Judge Charles R. Norgle for arraignment. The case is set for further status for case control purposes on February 15, 2002 at 9:30 a.m. All other dates previously set for co-defendants shall stand.

Charles R. Norgle /s/

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | |
|---|---|---|---|
| ☐ No notices required, advised in open court. | | number of notices | Document Number |
| ☐ No notices required. | | | |
| ☐ Notices mailed by judge's staff. | | FEB 08 2002 date docketed | 258 |
| ☒ Notified counsel by telephone. | | docketing deputy initials | |
| ☐ Docketing to mail notices. | U.S. DISTRICT COURT CLERK 02 FEB -7 PM 4:43 | date mailed notice | |
| ☐ Mail AO 450 form. | FILED-ED | | |
| ☐ Copy to judge/magistrate judge. | | | |
| courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

Minute Order Form (06/97)

Plaintiff's Trial Exhibit 18

# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 00 CR 853 - 6 | DATE | 5/7/2002 |
| CASE TITLE | UNITED STATES vs. WILLIAM ROBERT BROWN | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due ______.

(3) ☐ Answer brief to motion due______. Reply to answer brief due______.

(4) ☐ Ruling/Hearing on ______ set for ______ at ______.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on ______ set for ______ at ______.

(7) ☐ Trial[set for/re-set for] on ______ at ______.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to ______ at ______.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] **Defendant withdraws his plea of not guilty and enters a plea of guilty as to Count Two (superseding). Defendant informed of his rights. Judgment of guilty entered. Case referred to the probation department for a presentence investigation. Sentencing set for July 31, 2002 at 9:30 a.m.**

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | Document Number |
| | No notices required. | | MAY 9 2002 date docketed | 289 |
| | Notices mailed by judge's staff. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Notified counsel by telephone. | 02 MAY -8 PM 5:25 | date mailed notice | |
| ✓ | Docketing to mail notices. | FILED-ED TO | mailing deputy initials | |
| | Mail AO 450 form. | Date/time received in central Clerk's Office | | |
| | Copy to judge/magistrate judge. | | | |
| EF | courtroom deputy's initials | | | |