# the FBI's ten most wanted fugitives



Jorge Alberto Lopez-Orozco
En Espanol



Usama Bin Laden



Diego Leon Montoya Sanchez
En Espanol



James J. Bulger
En Espanol
En Francais
In Italiano
auf deutsch
em portugues



John W. Parsons



Robert William Fisher



Victor Manuel Gerena
En Espanol



Glen Stewart Godwin
En Espanol



Richard Steve Goldberg



Donald Eugene Webb

| Wanted by the FBI | Facts | FBI Home Page |

The FBI is offering rewards for information leading to the apprehension of Top Ten Most Wanted Fugitives. Check each fugitive page for the specific amount.

Notice: The official FBI Ten Most Wanted Fugitives list is maintained on the FBI World Wide Web Site. This information may be copied and distributed, however,

**News From FBI.GOV**

- FBI's Art Theft Program
- Read about the Evidence Response Team
- Read PAGE 2 Original

| | |
|---|---|
| any unauthorized alteration of any portion of the FBI's Ten Most Wanted Fugitives posters is a violation of federal law (18 U.S.C., Section 709). Persons who make or reproduce these alterations are subject to prosecution and, if convicted, shall be fined or imprisoned for not more than one year, or both. | Stories<br>• Read about the FBI Laboratory Services<br>• FAQ's about the FBI |

Some of these posters are in PDF (Portable Document Format). To view them you will need to have the Adobe Acrobat Reader plug-in installed on your computer. The Reader can be downloaded at no cost from Adobe's site on the World Wide Web.