# In the United States Court of Federal Claims

THOMAS PATTON,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 01-161C

Filed October 20, 2006

## ORDER TO SEAL CERTAIN DOCUMENTS FILED IN THE PUBLIC RECORD

This matter is before the Court on the oral motion of plaintiff to seal certain documents filed in the public record. Defendant consents to the relief sought by plaintiff's motion. The Court, having been fully advised in the premises, does therefore hereby ORDER that:

1) the witness lists previously filed in the public record by plaintiff as docket entries 98, 109 and 112 shall be deemed to have been filed **under seal** in the court's ECF filing system, available only to court personnel and counsel of record in this matter;

2) defendant's trial exhibit 2, a plea agreement entered into by plaintiff that was admitted in evidence during trial, shall be filed with the court **under seal**, available only to court personnel and counsel of record in this matter, when the court reporter tenders the trial exhibits to the Clerk for filing pursuant to Rule 80.1(f) & (i) of the Rules of the Court of Federal Claims;

3) the Clerk shall cause a copy of this order to be delivered to the court reporter, Tammy Brodsky of Heritage Reporting Corporation, by **Wednesday, October 25, 2006**; and

4) plaintiff shall file in the public record in the court's ECF filing system, in lieu of the witness lists referred to in paragraph 1, the four-page proposed filing styled "Plaintiff's First Amended Anticipated Order of Witnesses" that counsel for plaintiff exhibited to the Court and to counsel for defendant on the last day of trial, Thursday, October 19, 2006. Plaintiff shall make such filing by **Friday, October 27, 2006.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge