**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS PATTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.-01-161C |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S FIRST AMENDED ANTICIPATED ORDER OF WITNESSES**

COMES NOW the Plaintiff, Thomas Patton, by and through counsel, and with the consent of Defendant's Counsel and in accordance with this Court's ruling on October 17, 2006, hereby submits the following amended list of anticipated witnesses, in the order which the Plaintiff expects them to be called:

1. John F. Donohue
   Severna Park, MD 21146

Plaintiff expects to present Mr. Donohue's testimony regarding FBI procedures, as well as work Thomas Patton performed for the FBI and dealings he had with the FBI from June 20, 1989 to July 24, 2002. Plaintiff anticipates that Mr. Donohue's direct examination will last two (2) hours.

2. Ruth Patton
   c/o Richard D. Heideman
   Heideman Nudelman & Kalik, PC
   1146 19th St., NW, 5th Floor
   Washington, DC 20036
   202-463-1818

Plaintiff expects to present Mrs. Patton's testimony with regard to work Thomas Patton performed for the FBI and dealings he had with the FBI from June 20, 1989 to

July 24, 2002. Plaintiff anticipates that Mrs. Patton's direct examination will last one (1) hour.

3. Peter McCann
Special Agent (retired)
Federal Bureau of Investigation
c/o Ted G. Schwartz, Esq.
Federal Office Building
Suite 1700
11000 Wilshire Blvd.
Los Angeles, CA 90024

Plaintiff expects to present Mr. McCann's testimony regarding FBI procedures, as well as work Thomas Patton performed for the FBI and dealings he had with the FBI from June 20, 1989 to July 24, 2002. Plaintiff anticipates presenting Mr. McCann's testimony in accordance with Fed. R. Evid. 611(c), and that Mr. McCann's direct examination will last one (1) hour.

4. Charles Goodwin
Special Agent in Charge
Federal Bureau of Investigation
Honolulu, HI

Plaintiff expects to present Mr. Goodwin's testimony regarding FBI procedures, as well as work Thomas Patton performed for the FBI and dealings he had with the FBI from June 20, 1989 to July 24, 2002. Plaintiff anticipates presenting Mr. Goodwin's testimony in accordance with Fed. R. Evid. 611(c), and will call Mr. Goodwin at the previously agreed-upon time of Tuesday, October 17, 2006 at 3 p.m. Plaintiff anticipates that Mr. Goodwin's direct examination will last one (1) hour.

5. Lawrence Sandri
   Special Agent (retired)
   Federal Bureau of Investigation
   c/o Ted G. Schwartz, Esq.
   Federal Office Building
   Suite 1700
   11000 Wilshire Blvd.
   Los Angeles, CA 90024

Plaintiff expects to present Mr. Sandri's testimony regarding FBI procedures, as well as work Thomas Patton performed for the FBI and dealings he had with the FBI from June 20, 1989 to July 24, 2002. Plaintiff anticipates presenting Mr. Sandri's testimony in accordance with Fed. R. Evid. 611(c), and will call Mr. Sandri at the previously agreed-upon time of Wednesday, October 18, 2006 at 9:30 a.m. Plaintiff anticipates that Mr. Sandri's direct examination will last thirty (30) minutes.

6. Stephen L. Morris
   Supervisory Special Agent
   Federal Bureau of Investigation
   Washington, DC

Plaintiff expects to present Mr. Morris's testimony regarding FBI procedures, as well as work Thomas Patton performed for the FBI and dealings he had with the FBI from June 20, 1989 to July 24, 2002. Plaintiff anticipates presenting Mr. Morris's testimony in accordance with Fed. R. Evid. 611(c), and anticipates that Mr. Morris's direct examination will last thirty (30) minutes.

7. Thomas Patton
   c/o Richard D. Heideman
   Heideman Nudelman & Kalik, PC
   1146 19th St., NW, 5th Floor
   Washington, DC 20036
   202-463-1818

Plaintiff expects to present Mr. Patton's testimony with regard to work he performed for the FBI and dealings he had with the FBI from June 20, 1989 to July 24,

2002. Plaintiff anticipates that Mr. Patton's direct examination will last four (4) hours. If the trial order requires, Mr. Patton's testimony will be commenced earlier and interrupted to accommodate the previously agreed-upon schedule.

8. Any person listed on the Defendant's witness list, if the need arises.

Respectfully submitted,

Dated: October 18, 2006

HEIDEMAN NUDELMAN & KALIK, PC
1146 19th Street NW, Fifth Floor
Washington, DC 20036
Telephone: 202.463.1818
Facsimile: 202.463.2999

By: *___/s/ Richard D. Heideman ___________*
Richard D. Heideman

Counsel for the Plaintiff