**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| THOMAS PATTON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No.-01-161C<br>(Judge Miller) |

**ORDER TO SEAL CERTAIN DOCUMENTS**

This matter having come before the Court on Parties's Motion to Seal Certain Documents filed as Exhibits in the trial in the above referenced matter, and the Court having been sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that (1) Plaintiff's Exhibit 12, being admitted into evidence as the telephone records of the Plaintiff, Tom Patton, shall hereby be deemed to be FILED UNDER SEAL, and the Clerk of Court shall take all steps necessary to cause this Exhibit to be sealed in the Court record and within the Court's ECF filing system, available only to Court personnel and Counsel of Record in this matter; and (2) the following passages (identified by page:line) of Defendant's Exhibit 20, being admitted into evidence as certain portions transcript of the deposition of the Plaintiff, Tom Patton, which were underlined by the Defendant, shall hereby be deemed to be FILED UNDER SEAL, and the Clerk of Court shall take all steps necessary to cause the designated portions of this Exhibit to be sealed in the Court record and within the Court's ECF filing system, available only to Court personnel and Counsel of Record in this matter: 23:20 – 23, 24:19, 136:18, 136:20, and 143:4;

and (3) the following passages (identified by page:line) of Defendant's Exhibit 21, being admitted into evidence as the transcript of the deposition of the Plaintiff, Tom Patton, shall hereby be deemed to be FILED UNDER SEAL, and the Clerk of Court shall take all steps necessary to cause the designated portions of this Exhibit to be sealed in the Court record and within the Court's ECF filing system, available only to Court personnel and Counsel of Record in this matter: 17:20 – 18:2, 23:20 – 23, 24:19, 27:21, 27:25, 28:2, 28:10 – 11, 28:15, 78:1 – 2, 136:18, 136:20, 142:6 – 7, 143:4, and 182:9.

IT IS SO ORDERED on this the _____ day of October, 2006.

___________________________________

Hon. George W. Miller
U.S. Court of Federal Claims