# In the United States Court of Federal Claims

| | |
|---|---|
| THOMAS PATTON,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 01-161C<br><br>Filed November 1, 2006 |

**ORDER TO SEAL CERTAIN DOCUMENTS FILED IN THE PUBLIC RECORD**

This matter is before the Court on the oral motion of plaintiff to seal certain documents filed in the public record. Defendant consents to the relief sought by plaintiff's motion. The Court, having been fully advised in the premises, does therefore hereby ORDER that:

1) plaintiff's trial exhibit 12, various telephone records of plaintiff, shall be filed with the court **under seal**, available only to court personnel and counsel of record in this matter, when the court reporter tenders the trial exhibits to the Clerk for filing pursuant to Rule 80.1(f) & (i) of the Rules of the Court of Federal Claims ("RCFC");

2) defendant's trial exhibit 20, certain portions of the transcript of the deposition of plaintiff which were underlined by defendant, shall be filed with the court **under seal**, available only to court personnel and counsel of record in this matter, when the court reporter tenders the trial exhibits to the Clerk for filing pursuant to RCFC 80.1(f) & (i);

3) defendant' trial exhibit 21, the transcript of the deposition of plaintiff, shall be filed with the court **under seal**, available only to court personnel and counsel of record in this matter, when the court reporter tenders the trial exhibits to the Clerk for filing pursuant to RCFC 80.1(f) & (i);

3) the Clerk shall cause a copy of this order to be delivered to the court reporter, Tammy Brodsky of Heritage Reporting Corporation, by **Friday, November 3, 2006**; and

4) plaintiff shall file in the public record in the court's ECF filing system, in lieu of the deposition transcripts referred to in paragraphs 2 and 3, a copy of defendant's trial exhibits 20 and 21 as redacted pursuant to the parties' proposed "Order to Seal Certain Documents," docket entry 116, filed on Thursday, October 26, 2006. Plaintiff shall make such filing by **Wednesday, November 8, 2006.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge